**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

ETHEL ADELL; MARY BATTLE; STELLA BILLINGSLEY; SHONDA BLACKMON; IDA
BOLLING; ANNIE BRIDGES; RUBY BRIDGES; TAMMY BRIDGES; SONJII ACE
BROOKS; DIANE COLEMAN; ELIZABETH CONNER; ROSA J. CONNER; VICKEY
CONNER; GERALDINE DANIELS; JEANETTE DANIELS; DAVID EDWARDS; EVELYN
EDWARDS; GARLAND EPPS; PUNNIE JEAN EVANS; GLORIA EVINS; LORRAINE
GOINES; IRMA HARRIS; GLORIA HINTON; DELIA HODGE; GLORIA HOLT; LULA S.
JONES; WILLIE MAE JONES; GLORIA KING; PHILLIS LEASHORE; CHARLOTTE LEE;
VERONICA N. POPE; BARBARA J. UNDERWOOD; ERNEST WHITE; JAMES E.
WILLIAMS; ELIZABETH ACOFF; TONY ADAMS; FELICIA ADAMS; HAROLD ADAMS;
MARY ADAMS; CATHY ALBERT; QUEEN ALEXANDER; RONALD ALEXANDER;
JAMES ALEXANDER; ALBERTA ALLEN; DORIS ALLEN; FELICIA ALLEN;
JOSEPHINE ALLEN; JULIA ALLEN; LOWRINE ALLEN; MARY ALLEN; MELISSA
ALLEN; JAMES ALLUMS; ZACRERI ANDERSON; RUBY ANDERSON; JAMES
ANDERSON; KATRINA ANDERSON; JAMES H. ANDERSON; PAMELA ANGLIN;
DEONTENICE ARMER; ARBIE ARMSTRONG; SHIRLEY ARMSTRONG; BRENDA
ARNOLD; AVERY ASKEW; BRENDA AUSTIN; EBONI AUSTIN; ROSIE AUSTIN;
PAMELA BABERS; DAVID BAILEY; SHARON L. BAILEY; ARETTA F. BAKER; CALLIE
BAKER; ESSIE BAKER; MARY D. BAKER; MARY JEAN BAKER; ORA BAKER; MYRA
BALL; DOROTHY BANBY; MARY ANN BANDY; ELLA BANKS; SHIRLEY BANKS;
VIRGINIA BANKS; ALFONZIA BANKS; SHELIDTA BANKS; FREEMAN BANKS;
RONNIE BARNES; SEAN BARR; CATHERINE BASKIN; ODESSA BASS; CYLENTHIA
BATES; ANITA ROGERS BATTLE; LEON BATTLE; RICKEY BATTLE; WALTER
BEACHEM; JOE BEACHEM; SCOTT BEAVER; PEGGY BECKLEY; MONIQUE
BEDGOOD; BRINDA BELL; MILDRED BELLAMY; GWENDOLYN BENSON; PATRICIA
BENSON; JOHNNY BENTLEY; TEVIA BENTON; TOMMY BENTON; ADDIE BERRY;
LADY BERRY; SHARON BIGGERS; TOWANDA BIGGERS; BOBBY BILLINGSLEY;
ALFREDA BLACKMAN; VOLANTE' BLACKMAN; JASMINE BLAKELY; SHARON
BLAKELY; VIVIAN BLAKELY; MARTIN BLANE; HALLEN Q. BLEDSOE; ROSETTA
BLOUNT; NICOLE BLUE; CYNTHIA BLUE; DOMINIQUE BLUE; BEATRICE BOLDING;
VIRNETTA BONE; JENNIE BONNER; JOSEPH BONNER; ALTHIA BOSWELL; TERRY
BOUIER; TALMADGE BOWE; DWAYNE BOWENS; KAREN BOWENS; LAQUINTA T.
BOWENS; EVELYN BOYD; ISABELL BOYD; DOROTHY BOYKIN; ORETHRA
BRADLEY; ALVESTER BRAFORT; MATTOVIA BRASCOM; EARLINE BRAXTON;
SANDRA BRIDGES; HENRY BRISTOW; BERTHA BRITT; EULA BROCKTON;
CYNTHIA BROCKTON; WILLIE BROCKTON; MILDRED BRONSON; SHIRLEY
BRONSON; KAYRON BROOKS; MATTIE BROOKS; CHARLES BROOKS; JOI BROWN;
TOMMIE BROWN; VICKY BROWN; SHAKITA BROWN; RALPH BROWN; MAE BELL
BROWN; JENNIFER T. BROWN; GLORIA BROWN; GERTHIE BROWN; ESSIE BROWN;
DEBORAH BROWN; ALBERT BROWN; VIVA BROWN; ALFREDA BROWN; ROBERT
BRUNDIDGE; DOROTHY BURGESS; JOHN BURGESS; LIZZIE BURKS; TAMEKIA

BURNETT; JOHNNIE MAE BURNETTE; ANNIE BUTLER; FELESIA BUTLER; NAKEISHA BUTLER; WILLIE BUTLER; DEDRIA BYRTS; BOBBY RAY CAGLE; DUSTIE CAHOON; WANDA CALHOUN; LISA CALLOWAY; MARIAN CALLOWAY; COREY CAMPBELL; QUEEN CAMPBELL; SHIRLEY CANADY; SHEILA CANNON; TOMECHA CANTY; RENA CARLISLE; WILLIE CARLISLE, III; MEGAN K. CARR; MISELE ANN CARR; DEBORAH CARR; VIVIAN CARR; KAREN CARR; EDGAR CARTER, JR.; OLLA CARTER; WILLIE CHAMBLISS, JR.; TIFFANY N. CHANDLER; BYRON CHAPPELL; LOUISA CHAPPELL; OTHELL G. CHAPPELL; GRACE CHARITY; PEGGY CHARTER; KIRVENS CHATMAN; ARTHUR CHILLOUS; BARBARA CHRISTIAN; GRAY CHRISTIAN; SYLBILY CLAY; AARON COBB; GEORGIA COCHRAN; LULA COLE; JACKIE COLEMAN; JACQUELINE COLEMAN; LILLIE COLEMAN; SHIRLEY ELINDA COLEMAN; SHIRLEY T. COLEMAN; JAMESHA COLLINS; KATINA COLLINS; VIVIAN B. COOK; DIANE COOKS; GEORGE COOPER; GERALDINE COOPER; BRENDA COPE; JOHNNIE COPE; MARY COPE; WILLIAM E. COPE; ELLA COPELAND; MARTHA COPELAND; JOHN N. CORE; BESSIE COTTON; ROBIN WADE COUCH; WILLIE R. COUNSEL; EUGENE COWAN; EDWARD COX; GWENDOLYN COX; RANDY COX; THELMA CRAIG; GLENDA SIMMONS CRAWFORD; NATHANIEL CRAYTON; GLORIA CREWS; BETTIE CRIMES; TOMMY L. CRIMES; MARSHALL CRUMPTON; TERLESA CRUMPTON; WANDA CUNNINGHAM; MARQUETTA CUNNINGHAM; SHAMEKA CUNNINGHAM; SHIRLEY CUNNINGHAM; MARY DANGERFIELD; JUDY DANIEL; DEBRA DANIEL; COSTEINIA DAVIE; LESA DAVIS; TOMMIE DAVIS; TERESITA DAVIS; SAMMIE DAVIS; MARY DAVIS; JOHN HENRY DAVIS; JILL DAVIS; DOROTHY DAVIS; DENISE DAVIS; RONNIE DAVIS; COREY DAVIS; CLINTON DAVIS; CLARICE DAVIS; CARRIE DAVIS; EARISON DAVIS; L.C. DAWSON; BETTY JEAN DAY; CALVIN DEAN; MICHAEL DEBERRY; FELICIA M. DELBRIDGE; BILL DENNARD; YVONNE DENNARD; NATASHA DENNISON; JOHNNY DENSON; DEBBIE DENT; MICHAEL DERAMUS; VIRGINIA DEVOISE; ALVERIA DICKERSON; ARTHUR DIGGS; JOAN DIGGS; DARLEEN DILL; GEORGIA DILLARD; ARTHURINE DOWDELL; PEARLIA DOZIER; BERTHA DREW; SOPHRONIA DRUMMOND; EMMIE DUBOSE; CARL DUMAS; PATRICK DUMAS; MARILYN DUNN; CATHERINE DURHAM; GOLDEN EATON, JR.; JAMES EATON; JEFFERY EATON; ANTHONY ECHOLS; ERMA ECHOLS; SHERYL EDMONDS; ANNIE EDWARDS; DELL EDWARDS; JANICE EDWARDS; ROBERT EDWARDS; BRIDGETTE EFFORD; ZELDA ELDER; ANNA ELLIS; DAVID ELLIS; ESSIE ELLIS; KIMBERLY ELLIS; SHIRLEY ELLIS; LORINE ELSTON; DOROTHY EVANS; MARY EVANS; TONY EVANS; MATTHEW EZELL; TAMIRA EZELL; PAMELA FANIEL; BRYAN FANIEL; DIMITRI FANNIN; JENNIFER FARRELL; ANGELA FAULKNER; ANDREA FELDER; JACQUELINE FELDER; LEOLA FELDER; JOSEPH FIELDS; CURTIS FITZPATRICK, JR.; RICKY FITZPATRICK; GLENDA FLEETON; DIANE FLOWERS; BEATRICE FLOYD; LETOYA FLOYD; PATRICIA FLOYD; MARY ELLA FLOYD; VIVIAN FLOYD; JOHNNY FLOYD; EMMA FLOYD; GLADYS FLOYD; LEKENDRICK FLOYD; BENJAMIN FLUELLEN; HALLITON FLUELLEN; LETHA FLUELLEN; RAYFORD FLUELLEN; RONTAVIUS FLUELLEN; ROOSEVELT FLUELLEN; VALERIE FLUELLEN; DELOIS

FLYNN; SALLIE FOLMAR; ETHEL B. FORD; VANESSA FORD; WILLIAM FORD; CAROLYN FORD; ANNETTE FORT; DORIS FORT; JESSIE FOSTER; JUDY FOSTER; OLLIE B. FOSTER; JUNE E. FOUNTAIN: SHERYL FOWLKES; MARGARET FRANKLIN; PAMELA FRANKLIN; ADELINE FREEMAN; MARTHA FRYER; PATRICIA FULLER; CYNTHIA GACHETT; HENRY GACHETT; JACQUELINE GACHETT; FELICIA GAMBLE; RONALD J. GAMBLE; TIJUANA GAMBLE; JUANITA GASPARD; KRYSTAL GAYLE; LAMAR GIBSON; SYLVESTER GIDDENS; MAXINE GILBERT; WALTER GILMORE, III; NASH GIPSON; ANNIE R. GODWIN; JOHNNIE GOLDSMITH; LIZZIE NELL GOLTHY; ELLA GORDON; JAMES GORDON; ROSIE GOSHA; WILLIE GOSHA; BETTY J. GOSHAY; RONALD GOSHAY; FIFI GRACE; GLADYS GRANBERRY; SHIRLEY GRANT; CAROLYN GRANT; BOBBIE ANN GRAVES; LORRAINE GRAVES; WILLIE GRAVES; JUANITA GRAY; ANITRA GREEN; CHARLIE GREEN; CHRISTOPHER GREEN; DARLENE GREEN; RENEE GREEN; ROSETTA GREEN; YASUKO GREENE; EDGAR GREENWOOD; ERSKINE WILLIS GREGORY; YOLANDA GRIFFIE; REGINALD GRIFFIN; SANDRA GRIFFIN; BOBBIE GRIFFIN; ADELL B. GRIMES; HENRY GRIMES; PATRICIA GRIMES; VERDELL GRUBBS; CLAUD GULLEY; MAE GULLEY; RICHARD HALL; VIOLA HALL; JACQUELINE HALL; TONI HALL; WESTON HALL; LULA MAE FREEMAN HALL; CHERRY HALL; MARY C. HALL; PRATHER HALL; ANGELA HAMILTON; BRENDA HARDEN; WILLIAM HARDEN, JR.; WILLIAM L. HARDEN; JOHNNIE HARDIMON, JR.; JOHNNIE HARDIMONSR.; MARY HARDIMON; JEANNETTE D. HARDY; ANGLEA HARPER; JESSIE MAE HARRIS; ALTHEA HARRIS; ANGELA HARRIS; ANTOINETTE HARRIS; AUDREIANNA HARRIS; BESSIE HARRIS; CEDRIC HARRIS; DORA MAE HARRIS; EMMITT HARRIS; GEORGE HARRIS; ALICE HARRIS; NELLIE HARRIS; GILDA HARRIS; TOMMY HARRIS; TIFFANY HARRIS; STEVIE HARRIS; SHANNON HARRIS; SANQUANETTE HARRIS; PATRICIA HARRIS; NICHOLAS HARRIS; MICHAEL T. HARRIS; MARYANN HARRIS; MARY HARRIS; LUCY HARRIS; LOUIS HARRIS; LINDA J. HARRIS; LENNY HARRIS; KIMBILA HARRIS; JULIE HARRIS; HENRY HARRIS; NICOLE HARRIS; APPLNELLA J. HATCHER; NADIA HAWKINS; JAMES E. HAWTHORNE; VONETTA HAYES; WILHELMINA HAYES; RODNEY K. HAYES; ANNETTE HAYES; DORIS HAYNES; JIMMY HAYNES; MARY HAYNES; ANNIE MAE HAYNES; ROSIE HAZZARD; JULIA HEARD; BEVERLY HENDERSON; FANNIE HENDERSON; ROBERTA HENDERSON; FELICIA HENDRICKS; SAMUEL HENDRICKS; ANGELA JONES HENDRICKS; FRONNIE HENINGBURG; JOE HENRY, JR.; KAREN HENRY; MARY HENRY; BERTHA M. HICKS; CAROLYN HICKS; STACY M. HICKS; WANDA HICKS; EDWARD HILL; MARY JANE HILL; KAREN HILLARY; ROSIE PUGH HOBDY; HATTIE M. HOLCEY; MARY HOLCEY; WILLIE HOLCEY; MOLLY HOLIDAY; RICHETTA HOLLIDAY; REMONIA L. HOLLINS; WILLIAM HOLLINS; JUDY HOLLOWAY; CAROLYN J. HOLMES; GURLEAN HOLMES; LYNDA HOLMES; MARILYN HOLMES; LATANYA HOLSTON; VASHONDA HOLTON; FRANKLIN HOODSR.; PATRICIA HOOD; LYDITA HOOKS; MARILYN HOOKS; KIM HOOKS; JAMES HOPKINS; MAURICE HOPKINS; ROSIE HOPSON; PATRICIA HORTON; SHIRLEY HOSKINS; EDDIM HOUGH; DOROTHEA E. HOWARD; WALTER O. HOWARD; WILLIE MAE HOWARD; THELMA L. HOWARD; DORIS HOWARD;

GLORIA HOWARD; LEROY HOWARD; KEISHA HUFFMAN; LORRA A. HUFFMAN; PATRICIA J. HUFFMAN; ROB HUFFMAN; ROBERT HUFFMAN; CLARENCE HULL; EDDIE HUNTINGTON; LAURA HURD; FAIRY HURST; SHEMIKA IRBY; NANCY IRBY; GERALDINE IRBY; SYLVIA IRVIN; BETTY IVEY; KENNETH JACKSON; TONY JACKSON; TERESA JACKSON; SARAH JACKSON; REGINA JACKSON; MARY JACKSON; TOMMY JACKSON; GRIFFIN JACKSON; FRANK JACKSON; DELORISE JACKSON; DARLENE JACKSON; CAROLYN A. JACKSON; JAMES JACKSON, JR.; CHRISTOPHER JAMES; WILLIE LEE JAMES; SHARON E. JEMISON; DENISE V. JENKINS; SANDY JENKINS; BARBARA S. JENKINS; ROSALYN JETER; REXFORD D. JETER; JAMES JILES; LISA JILES; ROSIE JILES; SUSIE JILES; NOCHA B. JOHNSON; LULA JOHNSON; SERENA JOHNSON; ROBERT JOHNSON; MARGARET JOHNSON; LUTHER JOHNSON; LATANJA JOHNSON; KENNETH JOHNSON; DOROTHY PERRY JOHNSON; LISA D. JOHNSON; DEBRA JOHNSON; DEARDRA N. JOHNSON; SAVANNAH JOHNSON; AMY JOHNSTON; BESSIE JOINER; LINDA JONES; VIVIAN JONES; VALETA JONES; TIMMIE JONES; SAM JONES; ROBERT JONES; PATRICIA JONES; YOLANDA JONES; OLA MAE JONES; VANECA JONES; MAGGIE JONES; LYNN JONES; JULIA JONES; HELEN JONES; CAROL D. JONES; BETTY JONES; BERTHA JONES; ADASSA JONES; MABLE JONES; MARY A. JORDAN; SHARON JORDAN; CARRIE JUBITER; ADRIAN TREMAINE JUDKINS; CALVIN KEITH; ARDANGEL KENDRICK; ANTIONETTE INGRAM KENDRICK; HAYWOOD KENDRICK; ADRIANE KEY; SHIRLEY KIDD; MARY KIMBROUGH; JERRICA KINDRED; PRISCILLA KINDRED; YOLANDA KING; ANNIE KING; EDDIE KING; LATONYIA KING; LORETTA KING; MARY SNIPES KING; MARY KING; VICKY KING; CAROLYN KIRKLAND; FRANTON KNIGHT; JOHANNA KNIGHT; SHERYL KNIGHT; MARSHALL KNOX; WILLIE KYSER; WELDON A. LAKE; LEVIE LAMBERT; PATRICIA C. LAMPKIN; PAT LAMPLEY; KATIE M. LANDERS; CHRISTOPHER LANE; QUEEN E. LANE; ALYESIA LASSITER; ROY LASSITERSR.; QUEEN LASSITER; JAMES LASSITER; LAWRENCE LASSITER; LOUISE LASSITER; FRANCES E. LAVAUD; JOERETHA LAWRENCE; FRANK LAWSON; DEBORAH LEGUILLOW; CLARA LEONARD; KIMBERLY LEVETT; LINDA LEVETT; TAKISHA LEWIS; ELMER D. LEWIS; JOANN P. LEWIS; MELVIN LEWIS; CHRISTINE LIAS; NANCY LIGEN; JEANETTE LIGON; CATHA LILLIE; ANTHONY LOCKHART; JENNY LOCKHART; SANTOSHA LOCKHART; STEPHANIE LOCKHART; PATRICIA LOCKLEY; JAMES LONG; JOANN LONG; KEENYA R. LONGMIRE; LOIS K. LOVE; KINERA LOVE; HUBERT CLYDE LOVE; EDWARD LOVE; JOHNNY F. LOWERY, JR.; BESSIE LUCAS; DEBBIE LUCAS; GRACE A. LYKES; KEANDRA LYKES; RC LYNN; ANNIE P. MACK; JOHNNIE MAE MACK; BOBBIE J. MARTIN; GERALDINE MARTIN; ALICIA A. MATHES; ANGELA MATTEWS; MATTHEWS MAXIE; LILLIE M. MAYE; ROBERT L. MCCRAY; LULA MCKINNES; TAMIKA L. MCKINNES; MARY J. MCKINNON; GLORIA J. MCMILLAN; ANNIE R. MCNEAR; ELLA MILBRY; WILLIE MILBRY; SAO MONTGOMERY; ROSE P. MORGAN; WILLIE MORGAN; DONELL MORRIS; PIERCE MOSES, JR.; GLORY MOSES; GREGORY MURPHY; ANNIE R. MURRAY; DAPHNE NATIONS; GEORGE OLIVER; JACQUELYN R. OLIVER; DERRICK D. OUSLEY; MIXON OUSLEY; PEARL OUSLEY;

4

STEPHANIE PARKER; CHARLES PATTERSON; UNDREAL PATTERSON; MARY L. PETERSON; OTIS PETTAWAY; SHERRY PETTIS; LILLIE PHILLIPS; RUBY PHILLIPS; CHARLYE M. PINES; SHELIA PITTS; LINDA PLOTT; CHRISTINE POWELL; MAGGIE H. POWELL; ORUM PRITCHETT; MARTHA PRUETT; WILLIE M. PURIFOY; DAISY G. RASHEED; RUTH L. REEVES; BOBBY RICHARDSON; DORIS D. RICHARDSON; CHRISTINA L. ROBINSON; CYNTHIA B. RODGERS; DOLLIE ROSS; PENNY D. ROWE; VERNITA ROWELL; ANGELA B. RUDOLPH; ANGELA D. RUMPH; KHYLA LISHERYL RUSH; ANDRE SAVAGE; RHODA SAVAGE; CRYSTAL M. SAWYER; GREGORY SCOTT; SHIRLEY SHACKELFORD; MATTIE SHEALEY; FREDDIE SHELLEY; BETTY J. SHEPHERD; JULIETTE SIMMONS; VONSETTA SIMON; HEATHER D. SMART; DOROTHY SMITH; RAY CHARLES SMITH; WILLIE SMITH; DOROTHY STAFFORD; ANGELA STEWART; BELINDA STIENER; QUESTOR STROUD; JAMES P. SWANSON; GEORGIA M. TARVER; TRACY TARVER; LATISHA TARVER; GREEN E. TARVER; ELLA M. TATE; ANNIE BELL TAYLOR; JOHNNY TAYLOR; KATHRYNE J. TAYLOR; DEBRA T. TERRY; TABBITHA THOMAS; ALICE M. THOMAS; ANDREA E. THOMAS; DIANE A. THOMAS; EDDIE V. THOMAS; JERRY THOMAS; LUCRETIA B. THOMAS; JOSEPHINE TOLBERT; ROBERT TOLBERT; CARRIE LOU TOLLIVER; MARY ANN TONEY; MAKITA TOWNSEND; JOSEPH TOWNSER; ELLA D. TURNER; FRANK TYNER, JR.; VENIA LOU WADE; JAMES WALKER; CASSANDRA D. WALKER; MARY WALKER; ALBERT J. WALKER; JERRY D. WARE; RUDOLPH H. WARREN; ARTHUR WASHINGTON; HOMER LEE WASHINGTON; NEHEMIAH WASHINGTON; ANGELA S. WATTS; CHIQUITTA WEBSTER; FANNISE WHITESIDE; CAROLYN D. WHITTAKER; ROBERT WILLIAMS; GEORGE C. WILLIAMS, JR.; HELEN S. WILLIAMS; DAWN BOONE WILSON; DIEDRA B. WINSTON; JACQUELINE YOUNG; LUCY F. YOUNG; ROGER A. RAMEY; WANDA ALEX; BRIDGET ALEXANDER; LOUISE W. ATKINSON; ROBERT BELL; JOYCE BENNETT; VICKIE BOGGESS; GARY BRYAN; SHERRI BRYANT; LOUISE BURNS; RUFUS BURNS, JR.; MARILYN BUTLER; ROBERT CALHOUN; CLIVE CANNON; LOTTIE CANNON; SHARON DIANNE CARTER; BERNICE CARTER; JOHN CLARKE; GWENDOLYN CRAWFORD; SHEKELLA CRIMES; ALICE DEAN; YVONNE DIXON; JAMES DOLLARD; JOHNNY DUKE; GLYNIS DUNLAP; MARGARET ELDER; MARY FARLEY; JOANETTE FARROW; ALFRADO FARROW; JOAN FARROW; TYRONE FEEMSTER; WALTER E. FLOWERS; EUGENE FLUELLEN; SANDRA FLUELLEN; ANNA FOSTER; EUGENE GILLIS; JESSE GOINES; YOLANDA GOWINES; CORNELIA GRANT; LUCILLE W. GREEN; SHERRY E. HARDY; BESSIE D. HARRIS; JAMES HARRIS; COLEMAN HAWKINS; VICTOR HENLEY; DIANE HUFF; CORA IVERY; VERONICA JACKSON; SHEILA A. JENKINS; PERLENES JERRY; DEANNA JOHNSON; THRESA JOHNSON; KEITH JONES; PATSY JONES; DARRELL JONES; ANITA JONES; FRANCES K. JONES; INGRID JOSEY; KAREN LAMB; CLARA LANE; PHYLLIS LEWELL; THERESA B. LEWIS; JERRY H. LINDSEY; CAROLYN L. PATTERSON; PHILLIP I. PORCHSR.; CYNTHIA RAINEY; RENTHIA ROBBINS; JAMES RUMPH; CHARLES R. SAMPSON; PRINCESS SAMPSON; LILLY MAE SANDERS; JACKIE J. TODD; CLARA TOLBERT; VALERIE UPSHAW; WALTER R. WILLIAMS; SABRINA GOSHA; ANNIE CUNNINGHAM; KEITH CUNNINGHAM; LEOLA BULLOCK;

5

EVON HILL; JANIE ANCRUM; TAMMY FLOWERS;

             Plaintiffs,

v.

MACON COUNTY GREYHOUND PARK,
INC. d/b/a "VICTORYLAND" and
"QUINCY'S 777"; MILTON E. McGREGOR,
an individual; MULTIMEDIA GAMES, INC.;
IGT; CADILLAC JACK, INC.; COLOSSUS,
INC.; ROCKET GAMING SYSTEMS, LLC;
NOVA GAMING, LLC; BALLY GAMING,
INC.,

             Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

RECEIVED

2010 FEB 16 P 1:59

CIVIL ACTION NO.
3:10-CV-133-MEF-TFM
DISTRICT COURT
DISTRICT A...

DEMAND FOR JURY TRIAL

## **COMPLAINT**

### **Parties**

    1.    The Plaintiffs, Ethel Adell; Mary Battle; Stella Billingsley; Shonda Blackmon; Ida Bolling; Annie Bridges; Ruby Bridges; Tammy Bridges; Sonjii Ace Brooks; Diane Coleman; Elizabeth Conner; Rosa J. Conner; Vickey Conner; Geraldine Daniels; Jeanette Daniels; David Edwards; Evelyn Edwards; Garland Epps; Punnie Jean Evans; Gloria Evins; Lorraine Goines; Irma Harris; Gloria Hinton; Delia Hodge; Gloria Holt; Lula S. Jones; Willie Mae Jones; Gloria King; Phillis Leashore; Charlotte Lee; Veronica N. Pope; Barbara J. Underwood; Ernest White; James E. Williams; Elizabeth Acoff; Tony Adams; Felicia Adams; Harold Adams; Mary Adams; Cathy Albert; Queen Alexander; Ronald Alexander; James Alexander; Alberta Allen; Doris Allen; Felicia Allen; Josephine Allen; Julia Allen; Lowrine Allen; Mary Allen; Melissa Allen; James Allums; Zacreri Anderson; Ruby Anderson; James Anderson; Katrina Anderson; James H. Anderson; Pamela Anglin; Deontenice Armer; Arbie

Armstrong; Shirley Armstrong; Brenda Arnold; Avery Askew; Brenda Austin; Eboni Austin; Rosie Austin; Pamela Babers; David Bailey; Sharon L. Bailey; Aretta F. Baker; Callie Baker; Essie Baker; Mary D. Baker; Mary Jean Baker; Ora Baker; Myra Ball; Dorothy Banby; Mary Ann Bandy; Ella Banks; Shirley Banks; Virginia Banks; Alfonzia Banks; Shelidta Banks; Freeman Banks; Ronnie Barnes; Sean Barr; Catherine Baskin; Odessa Bass; Cylenthia Bates; Anita Rogers Battle; Leon Battle; Rickey Battle; Walter Beachem; Joe Beachem; Scott Beaver; Peggy Beckley; Monique Bedgood; Brinda Bell; Mildred Bellamy; Gwendolyn Benson; Patricia Benson; Johnny Bentley; Tevia Benton; Tommy Benton; Addie Berry; Lady Berry; Sharon Biggers; Towanda Biggers; Bobby Billingsley; Alfreda Blackman; Volante' Blackman; Jasmine Blakely; Sharon Blakely; Vivian Blakely; Martin Blane; Hallen Q. Bledsoe; Rosetta Blount; Nicole Blue; Cynthia Blue; Dominique Blue; Beatrice Bolding; Virnetta Bone; Jennie Bonner; Joseph Bonner; Althia Boswell; Terry Bouier; Talmadge Bowe; Dwayne Bowens; Karen Bowens; Laquinta T. Bowens; Evelyn Boyd; Isabell Boyd; Dorothy Boykin; Orethra Bradley; Alvester Brafort; Mattovia Brascom; Earline Braxton; Sandra Bridges; Henry Bristow; Bertha Britt; Eula Brockton; Cynthia Brockton; Willie Brockton; Mildred Bronson; Shirley Bronson; Kayron Brooks; Mattie Brooks; Charles Brooks; Joi Brown; Tommie Brown; Vicky Brown; Shakita Brown; Ralph Brown; Mae Bell Brown; Jennifer T. Brown; Gloria Brown; Gerthie Brown; Essie Brown; Deborah Brown; Albert Brown; Viva Brown; Alfreda Brown; Robert Brundidge; Dorothy Burgess; John Burgess; Lizzie Burks; Tamekia Burnett; Johnnie Mae Burnette; Annie Butler; Felesia Butler; Nakeisha Butler; Willie Butler; Dedria Byrts; Bobby Ray Cagle; Dustie Cahoon; Wanda Calhoun; Lisa Calloway; Marian Calloway; Corey Campbell; Queen Campbell; Shirley Canady; Sheila Cannon; Tomecha

7

Canty; Rena Carlisle; Willie Carlisle, III, Megan K. Carr; Misele Ann Carr; Deborah Carr; Vivian Carr; Karen Carr; Edgar Carter, Jr.; Olla Carter; Willie Chambliss, Jr.; Tiffany N. Chandler; Byron Chappell; Louisa Chappell; Othell G. Chappell; Grace Charity; Peggy Charter; Kirvens Chatman; Arthur Chillous; Barbara Christian; Gray Christian; Sylbily Clay; Aaron Cobb; Georgia Cochran; Lula Cole; Jackie Coleman; Jacqueline Coleman; Lillie Coleman; Shirley Elinda Coleman; Shirley T. Coleman; Jamesha Collins; Katina Collins; Vivian B. Cook; Diane Cooks; George Cooper; Geraldine Cooper; Brenda Cope; Johnnie Cope; Mary Cope; William E. Cope; Ella Copeland; Martha Copeland; John N. Core; Bessie Cotton; Robin Wade Couch; Willie R. Counsel; Eugene Cowan; Edward Cox; Gwendolyn Cox; Randy Cox; Thelma Craig; Glenda Simmons Crawford; Nathaniel Crayton; Gloria Crews; Bettie Crimes; Tommy L. Crimes; Marshall Crumpton; Terlesa Crumpton; Wanda Cunningham; Marquetta Cunningham; Shameka Cunningham; Shirley Cunningham; Mary Dangerfield; Judy Daniel; Debra Daniel; Costeinia Davie; Lesa Davis; Tommie Davis; Teresita Davis; Sammie Davis; Mary Davis; John Henry Davis; Jill Davis; Dorothy Davis; Denise Davis; Ronnie Davis; Corey Davis; Clinton Davis; Clarice Davis; Carrie Davis; Earison Davis; L.c. Dawson; Betty Jean Day; Calvin Dean; Michael Deberry; Felicia M. Delbridge; Bill Dennard; Yvonne Dennard; Natasha Dennison; Johnny Denson; Debbie Dent; Michael Deramus; Virginia Devoise; Alveria Dickerson; Arthur Diggs; Joan Diggs; Darleen Dill; Georgia Dillard; Arthurine Dowdell; Pearlia Dozier; Bertha Drew; Sophronia Drummond; Emmie Dubose; Carl Dumas; Patrick Dumas; Marilyn Dunn; Catherine Durham; Golden Eaton, Jr.; James Eaton; Jeffery Eaton; Anthony Echols; Erma Echols; Sheryl Edmonds; Annie Edwards; Dell Edwards; Janice Edwards; Robert Edwards; Bridgette Efford; Zelda Elder; Anna Ellis; David

Ellis; Essie Ellis; Kimberly Ellis; Shirley Ellis; Lorine Elston; Dorothy Evans; Mary Evans; Tony Evans; Matthew Ezell; Tamira Ezell; Pamela Faniel; Bryan Faniel; Dimitri Fannin; Jennifer Farrell; Angela Faulkner; Andrea Felder; Jacqueline Felder; Leola Felder; Joseph Fields; Curtis Fitzpatrick, Jr.; Ricky Fitzpatrick; Glenda Fleeton; Diane Flowers; Beatrice Floyd; Letoya Floyd; Patricia Floyd; Mary Ella Floyd; Vivian Floyd; Johnny Floyd; Emma Floyd; Gladys Floyd; Lekendrick Floyd; Benjamin Fluellen; Halliton Fluellen; Letha Fluellen; Rayford Fluellen; Rontavius Fluellen; Roosevelt Fluellen; Valerie Fluellen; Delois Flynn; Sallie Folmar; Ethel B. Ford; Vanessa Ford; William Ford; Carolyn Ford; Annette Fort; Doris Fort; Jessie Foster; Judy Foster; Ollie B. Foster; June E. Fountain; Sheryl Fowlkes; Margaret Franklin; Pamela Franklin; Adeline Freeman; Martha Fryer; Patricia Fuller; Cynthia Gachett; Henry Gachett; Jacqueline Gachett; Felicia Gamble; Ronald J. Gamble; Tijuana Gamble; Juanita Gaspard; Krystal Gayle; Lamar Gibson; Sylvester Giddens; Maxine Gilbert; Walter Gilmore, III; Nash Gipson; Annie R. Godwin; Johnnie Goldsmith; Lizzie Nell Golthy; Ella Gordon; James Gordon; Rosie Gosha; Willie Gosha; Betty J. Goshay; Ronald Goshay; Fifi Grace; Gladys Granberry; Shirley Grant; Carolyn Grant; Bobbie Ann Graves; Lorraine Graves; Willie Graves; Juanita Gray; Anitra Green; Charlie Green; Christopher Green; Darlene Green; Renee Green; Rosetta Green; Yasuko Greene; Edgar Greenwood; Erskine Willis Gregory; Yolanda Griffie; Reginald Griffin; Sandra Griffin; Bobbie Griffin; Adell B. Grimes; Henry Grimes; Patricia Grimes; Verdell Grubbs; Claud Gulley; Mae Gulley; Richard Hall; Viola Hall; Jacqueline Hall; Toni Hall; Weston Hall; Lula Mae Freeman Hall; Cherry Hall; Mary C. Hall; Prather Hall; Angela Hamilton; Brenda Harden; William Harden, Jr.; William L. Harden; Johnnie Hardimon, Jr.; Johnnie Hardimonsr.; Mary Hardimon; Jeannette D. Hardy;

9

Anglea Harper; Jessie Mae Harris; Althea Harris; Angela Harris; Antoinette Harris; Audreianna Harris; Bessie Harris; Cedric Harris; Dora Mae Harris; Emmitt Harris; George Harris; Alice Harris; Nellie Harris; Gilda Harris; Tommy Harris; Tiffany Harris; Stevie Harris; Shannon Harris; Sanquanette Harris; Patricia Harris; Nicholas Harris; Michael T. Harris; Maryann Harris; Mary Harris; Lucy Harris; Louis Harris; Linda J. Harris; Lenny Harris; Kimbila Harris; Julie Harris; Henry Harris; Nicole Harris; Applnella J. Hatcher; Nadia Hawkins; James E. Hawthorne; Vonetta Hayes; Wilhelmina Hayes; Rodney K. Hayes; Annette Hayes; Doris Haynes; Jimmy Haynes; Mary Haynes; Annie Mae Haynes; Rosie Hazzard; Julia Heard; Beverly Henderson; Fannie Henderson; Roberta Henderson; Felicia Hendricks; Samuel Hendricks; Angela Jones Hendricks; Fronnie Heningburg; Joe Henry, Jr.; Karen Henry; Mary Henry; Bertha M. Hicks; Carolyn Hicks; Stacy M. Hicks; Wanda Hicks; Edward Hill; Mary Jane Hill; Karen Hillary; Rosie Pugh Hobdy; Hattie M. Holcey; Mary Holcey; Willie Holcey; Molly Holiday; Richetta Holliday; Remonia L. Hollins; William Hollins; Judy Holloway; Carolyn J. Holmes; Gurlean Holmes; Lynda Holmes; Marilyn Holmes; Latanya Holston; Vashonda Holton; Franklin Hoodsr.; Patricia Hood; Lydita Hooks; Marilyn Hooks; Kim Hooks; James Hopkins; Maurice Hopkins; Rosie Hopson; Patricia Horton; Shirley Hoskins; Eddim Hough; Dorothea E. Howard; Walter O. Howard; Willie Mae Howard; Thelma L. Howard; Doris Howard; Gloria Howard; Leroy Howard; Keisha Huffman; Lorra A. Huffman; Patricia J. Huffman; Rob Huffman; Robert Huffman; Clarence Hull; Eddie Huntington; Laura Hurd; Fairy Hurst; Shemika Irby; Nancy Irby; Geraldine Irby; Sylvia Irvin; Betty Ivey; Kenneth Jackson; Tony Jackson; Teresa Jackson; Sarah Jackson; Regina Jackson; Mary Jackson; Tommy Jackson; Griffin Jackson; Frank Jackson; Delorise Jackson; Darlene Jackson;

10

Carolyn A. Jackson; James Jackson, Jr.; Christopher James; Willie Lee James; Sharon E. Jemison; Denise V. Jenkins; Sandy Jenkins; Barbara S. Jenkins; Rosalyn Jeter; Rexford D. Jeter; James Jiles; Lisa Jiles; Rosie Jiles; Susie Jiles; Nocha B. Johnson; Lula Johnson; Serena Johnson; Robert Johnson; Margaret Johnson; Luther Johnson; Latanja Johnson; Kenneth Johnson; Dorothy Perry Johnson; Lisa D. Johnson; Debra Johnson; Deardra N. Johnson; Savannah Johnson; Amy Johnston; Bessie Joiner; Linda Jones; Vivian Jones; Valeta Jones; Timmie Jones; Sam Jones; Robert Jones; Patricia Jones; Yolanda Jones; Ola Mae Jones; Vaneca Jones; Maggie Jones; Lynn Jones; Julia Jones; Helen Jones; Carol D. Jones; Betty Jones; Bertha Jones; Adassa Jones; Mable Jones; Mary A. Jordan; Sharon Jordan; Carrie Jubiter; Adrian Tremaine Judkins; Calvin Keith; Ardangel Kendrick; Antionette Ingram Kendrick; Haywood Kendrick; Adriane Key; Shirley Kidd; Mary Kimbrough; Jerrica Kindred; Priscilla Kindred; Yolanda King; Annie King; Eddie King; Latonyia King; Loretta King; Mary Snipes King; Mary King; Vicky King; Carolyn Kirkland; Franton Knight; Johanna Knight; Sheryl Knight; Marshall Knox; Willie Kyser; Weldon A. Lake; Levie Lambert; Patricia C. Lampkin; Pat Lampley; Katie M. Landers; Christopher Lane; Queen E. Lane; Alyesia Lassiter; Roy Lassitersr.; Queen Lassiter; James Lassiter; Lawrence Lassiter; Louise Lassiter; Frances E. Lavaud; Joeretha Lawrence; Frank Lawson; Deborah Leguillow; Clara Leonard; Kimberly Levett; Linda Levett; Takisha Lewis; Elmer D. Lewis; Joann P. Lewis; Melvin Lewis; Christine Lias; Nancy Ligen; Jeanette Ligon; Catha Lillie; Anthony Lockhart; Jenny Lockhart; Santosha Lockhart; Stephanie Lockhart; Patricia Lockley; James Long; Joann Long; Keenya R. Longmire; Lois K. Love; Kinera Love; Hubert Clyde Love; Edward Love; Johnny F. Lowery, Jr.; Bessie Lucas; Debbie Lucas; Grace A. Lykes; Keandra Lykes; Rc Lynn; Annie

11

P. Mack; Johnnie Mae Mack; Bobbie J. Martin; Geraldine Martin; Alicia A. Mathes; Angela Mattews; Matthews Maxie; Lillie M. Maye; Robert L. Mccray; Lula Mckinnes; Tamika L. Mckinnes; Mary J. Mckinnon; Gloria J. Mcmillan; Annie R. Mcnear; Ella Milbry; Willie Milbry; Sao Montgomery; Rose P. Morgan; Willie Morgan; Donell Morris; Pierce Moses, Jr.; Glory Moses; Gregory Murphy; Annie R. Murray; Daphne Nations; George Oliver; Jacquelyn R. Oliver; Derrick D. Ousley; Mixon Ousley; Pearl Ousley; Stephanie Parker; Charles Patterson; Undreal Patterson; Mary L. Peterson; Otis Pettaway; Sherry Pettis; Lillie Phillips; Ruby Phillips; Charlye M. Pines; Shelia Pitts; Linda Plott; Christine Powell; Maggie H. Powell; Orum Pritchett; Martha Pruett; Willie M. Purifoy; Daisy G. Rasheed; Ruth L. Reeves; Bobby Richardson; Doris D. Richardson; Christina L. Robinson; Cynthia B. Rodgers; Dollie Ross; Penny D. Rowe; Vernita Rowell; Angela B. Rudolph; Angela D. Rumph; Khyla Lisheryl Rush; Andre Savage; Rhoda Savage; Crystal M. Sawyer; Gregory Scott; Shirley Shackelford; Mattie Shealey; Freddie Shelley; Betty J. Shepherd; Juliette Simmons; Vonsetta Simon; Heather D. Smart; Dorothy Smith; Ray Charles Smith; Willie Smith; Dorothy Stafford; Angela Stewart; Belinda Stiener; Questor Stroud; James P. Swanson; Georgia M. Tarver; Tracy Tarver; Latisha Tarver; Green E. Tarver; Ella M. Tate; Annie Bell Taylor; Johnny Taylor; Kathryne J. Taylor; Debra T. Terry; Tabbitha Thomas; Alice M. Thomas; Andrea E. Thomas; Diane A. Thomas; Eddie V. Thomas; Jerry Thomas; Lucretia B. Thomas; Josephine Tolbert; Robert Tolbert; Carrie Lou Tolliver; Mary Ann Toney; Makita Townsend; Joseph Townser; Ella D. Turner; Frank Tyner, Jr.; Venia Lou Wade; James Walker; Cassandra D. Walker; Mary Walker; Albert J. Walker; Jerry D. Ware; Rudolph H. Warren; Arthur Washington; Homer Lee Washington; Nehemiah Washington; Angela S. Watts; Chiquitta Webster; Fannise Whiteside;

Carolyn D. Whittaker; Robert Williams; George C. Williams, Jr.; Helen S. Williams; Dawn Boone Wilson; Diedra B. Winston; Jacqueline Young; Lucy F. Young; and Roger A. Ramey (hereinafter "Plaintiffs"), are over the age of nineteen years and are resident citizens of the state of Alabama.

  2.  The Plaintiffs, Wanda Alex; Bridget Alexander; Louise W. Atkinson; Robert Bell; Joyce Bennett; Vickie Boggess; Gary Bryan; Sherri Bryant; Louise Burns; Rufus Burns, Jr.; Marilyn Butler; Robert Calhoun; Clive Cannon; Lottie Cannon; Sharon Dianne Carter; Bernice Carter; John Clarke; Gwendolyn Crawford; Shekella Crimes; Alice Dean; Yvonne Dixon; James Dollard; Johnny Duke; Glynis Dunlap; Margaret Elder; Mary Farley; Joanette Farrow; Alfrado Farrow; Joan Farrow; Tyrone Feemster; Walter E. Flowers; Eugene Fluellen; Sandra Fluellen; Anna Foster; Eugene Gillis; Jesse Goines; Yolanda Gowines; Cornelia Grant; Lucille W. Green; Sherry E. Hardy; Bessie D. Harris; James Harris; Coleman Hawkins; Victor Henley; Diane Huff; Cora Ivery; Veronica Jackson; Sheila A. Jenkins; Perlenes Jerry; Deanna Johnson; Thresa Johnson; Keith Jones; Patsy Jones; Darrell Jones; Anita Jones; Frances K. Jones; Ingrid Josey; Karen Lamb; Clara Lane; Phyllis Lewell; Theresa B. Lewis; Jerry H. Lindsey; Carolyn L. Patterson; Phillip I. Porchsr.; Cynthia Rainey; Renthia Robbins; James Rumph; Charles R. Sampson; Princess Sampson; Lilly Mae Sanders; Jackie J. Todd; Clara Tolbert; Valerie Upshaw; Walter R. Williams; Sabrina Gosha; Annie Cunningham; Keith Cunningham; Leola Bullock; Evon Hill; Janie Ancrum; and Tammy Flowers (hereinafter "Plaintiffs"), are over the age of nineteen years and are resident citizens of states other than Alabama.

  3.  The Defendant Macon County Greyhound Park, Inc. d/b/a Victoryland and Quincy's 777 (hereinafter "MCGP") is an Alabama Corporation with its principal place of business in Macon

13

County, Alabama. MCGP operates a Greyhound dog racing facility and a casino commonly referred to as "Quincy's 777" at Shorter, Alabama, located in Macon County, Alabama. MCGP is owned, in whole or part, by Milton E. McGregor, a resident of Montgomery County, Alabama.

4.  The Defendant Milton E. McGregor is a resident citizen of Alabama and over the age of nineteen years. Upon information and belief, he is president and chief operating officer of Macon County Greyhound Park, Inc.

5.  The Defendant Multimedia Games, Inc. (hereinafter "MMG") is a Texas corporation with its principal place of business in Austin, Texas. MMG engages in the operation of illegal bingo games at the dog racing facility and casino commonly referred to as Victoryland or Quincy's 777 located in Shorter, Macon County, Alabama. MMG owns and operates certain illegal bingo devices that are used in whole or in part by MCGP in the operation of illegal electronic bingo games in Macon County, Alabama.

6.  The Defendant IGT is a Nevada corporation with its principal place of business in Reno, Nevada. IGT engages in the operation of illegal bingo games at the dog racing facility and casino commonly referred to as Victoryland or Quincy's 777 located in Shorter, Macon County, Alabama. IGT owns and operates certain illegal bingo devices that are used in whole or in part by MCGP in the operation of illegal electronic bingo games in Macon County, Alabama.

7.  The Defendant Cadillac Jack, Inc. (hereinafter "Cadillac") is a Georgia corporation with its principal place of business in Duluth, Georgia. Cadillac engages in the operation of illegal bingo games at the dog racing facility and casino commonly referred to as Victoryland or Quincy's 777 located in Shorter, Macon County, Alabama. Cadillac owns and operates certain illegal bingo devices that are used in whole or in part by MCGP in the operation of illegal electronic bingo games

14

in Macon County, Alabama.

8.      The Defendant Colossus, Inc. (hereinafter "Colossus") is an Oklahoma corporation with its principal place of business in Tulsa, Oklahoma. Colossus engages in the operation of illegal bingo games at the dog racing facility and casino commonly referred to as Victoryland or Quincy's 777 located in Shorter, Macon County, Alabama. Colossus owns and operates certain illegal bingo devices that are used in whole or in part by MCGP in the operation of illegal electronic bingo games in Macon County, Alabama.

9.      The Defendant Rocket Gaming Systems, LLC (hereinafter "Rocket") is an Oklahoma corporation with its principal place of business in Miami, Oklahoma. Rocket engages in the operation of illegal bingo games at the dog racing facility and casino commonly referred to as Victoryland or Quincy's 777 located in Shorter, Macon County, Alabama. Rocket owns and operates certain illegal bingo devices that are used in whole or in part by MCGP in the operation of illegal electronic bingo games in Macon County, Alabama.

10.     The Defendant Nova Gaming, LLC (hereinafter "Nova") is a South Carolina corporation with its principal place of business in Montgomery, Alabama. Nova engages in the operation of illegal bingo games at the dog racing facility and casino commonly referred to as Victoryland or Quincy's 777 located in Shorter, Macon County, Alabama. Nova owns and operates certain illegal bingo devices that are used in whole or in part by MCGP in the operation of illegal electronic bingo games in Macon County, Alabama.

11.     The Defendant Bally Gaming, Inc. (hereinafter "Bally") is a Nevada corporation with its principal place of business in Las Vegas, Nevada. Bally engages in the operation of illegal bingo games at the dog racing facility and casino commonly referred to as Victoryland or Quincy's 777

15

located in Shorter, Macon County, Alabama. Bally owns and operates certain illegal bingo devices that are used in whole or in part by MCGP in the operation of illegal electronic bingo games in Macon County, Alabama.

12.     The Defendants, MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally, participated in the design, marketing, promotion and operation of illegal gambling operations at issue in this Complaint and conducted at MCGP's Victoryland and Quincy's 777 casino located in Shorter, Alabama and made substantial profits from these operations.

13.     This action is brought pursuant to Fed.R.Civ.P. 20(A)(1)(a)and(b) in that the Plaintiffs join in one action because the relief they seek jointly and severally or in the alternative arises out of the same transactions, occurrences or series of transactions and occurrences and there are predominant questions of law and fact common to all Plaintiffs and Defendants which will arise in this action.

**Jurisdictional Statement**

14.     This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332(A) and (11)(A) and (B)(i) as well as federal question jurisdiction pursuant to claims made by the Plaintiffs under the Racketeer Influenced and Corruption Organizations Act ("RICO"), 18 U.S.C. §§ 1084, 1951, 1953, 1955, 1957 and 1962.

15.     Plaintiffs assert that each of their claims individually and standing alone exceed $75,000, exclusive of interest and costs.

**Facts**

16.     On June 24, 2004, Amendment No. 744 to the Alabama Constitution (1901) was proclaimed ratified which authorized the playing of "bingo," a game of chance, and the award of

"prizes or money" in connection therewith. Amendment 744 allowed bingo for ". . . charitable, educational, or other lawful purposes. . ." by "nonprofit organizations" or others by contract with "nonprofit organizations."

17.     Amendment 744 of the Alabama Constitution did not allow nor authorize the playing of "bingo" through or with electronic devices as have been used by the Defendants, MMG, McGregor, IGT, Cadillac, Colossus, Rocket, Nova and Bally.

18.     Inherent in Amendment 744 to the Constitution of Alabama was the authorization of the playing of the game commonly known as bingo, a game played on a paper card which involves significant human interaction.

19.     Alabama specifically prohibits games of chance such as lotteries. *See* Section 65, Alabama Constitution (1901), as amended. The Alabama Supreme Court has held that bingo is a game of chance constituting a lottery and that any exception to Section 65 of the Alabama Constitution shall be narrowly construed when determining whether bingo is authorized or allowed in the state of Alabama.

20.     Upon information and belief, the Defendants have operated bingo games with electronic devices which are slot machines prohibited by criminal provisions of Alabama law.

21.     Each of the Plaintiffs named herein has played bingo on electronic devices at Victoryland or Quincy's 777 on numerous occasions during the past twelve months. Specifically, the Plaintiffs have played bingo on electronic devices at Victoryland or Quincy's 777 casino on devices owned and/or operated by the Defendants, MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally, during the six months next preceding the filing of this Complaint.

22.     The Plaintiffs have expended millions of dollars playing electronic bingo at

Victoryland or Quincy's 777 during the past twelve- and six-month intervals.

23.     The machines operated by the Defendants, MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally, are illegal electronic bingo devices, and the games being conducted by the Defendants are illegal under the Alabama Constitution and statutory laws applicable to these devices. The actions of the Defendants are illegal, fraudulent, deceptive and improper for the following reasons:

        a.     The Constitution of Alabama does not allow the operation of electronic bingo in Macon County, Alabama.

        b.     The Constitution of Alabama prohibits the operation of games constituting lotteries which are not specifically approved by appropriate constitutional amendment.

        c.     The devices upon which the games are being offered and played by the Defendants constitute illegal devices.

        d.     The devices used by the Defendants cannot play the game commonly known as bingo.

24.     Constitutional Amendment 744 of the Alabama Constitution also addressed the payment of consulting fees for services performed by the Defendants MCGP and McGregor in relation to the operation or conduct of bingo games in Macon County, Alabama.

25.     The inherent requirement of Amendment 744 requires that the nonprofit organizations for which bingo was approved in Macon County, Alabama benefit substantially from the operation of bingo games in Macon County, Alabama and that any consulting fees paid by a nonprofit organization to a contracting party, such as the Defendants MCGP and McGregor, must be

18

reasonable for the operation or conduct of bingo games.

26.     Upon information and belief, the Defendants MCGP and McGregor operate a substantial for profit operation which generates income well in excess of the reasonable consulting fee in direct violation of Alabama Constitutional Amendment 744 and the Rule and Regulations promulgated thereunder by the Sheriff of Macon County, Alabama.

27.     Upon information and belief, MCGP, for the years 2006, 2007, 2008 and 2009 earned gross revenues in excess of $1 billion as consulting fees for the operation of electronic and paper card bingo games on behalf of approximately sixty nonprofit organizations who held bingo licenses during said period of time in Macon County, Alabama.

28.     During the aforementioned years, the sixty nonprofit organizations were paid for the use of their bingo licenses by MCGP and/or McGregor. For example, during 2008, upon information and belief, the sixty charities were aggregately paid approximately $2.2 million for the operation of bingo games in Macon County, Alabama. These payments were made by MCGP and/or McGregor and were substantially less than the revenues generated by the operation of bingo games in Macon County, Alabama by MCGP and McGregor with said revenues being in the hundreds of millions of dollars.

29.     The gross revenues of MCGP and the profits earned by McGregor, as contracting parties with the nonprofit organizations holding bingo licenses, were far in excess of a reasonable consulting fee for the operation of bingo games in Macon County in direct violation of Alabama Constitutional Amendment 744 and the Rules and Regulations promulgated thereunder by the Sheriff of Macon County

30.     The express constitutional intent of Amendment 744 allowed for charitable bingo by

19

charitable organizations who would pay reasonable consulting fees to entities who may operate games on their behalf. Neither the constitutional amendment nor the people of Macon County, Alabama nor the people of the state of Alabama contemplated a multi billion dollar for profit bingo operation which overwhelmingly and substantially benefitted the Defendants MCGP and McGregor and paid crumbs to the nonprofit organizations who actually owned licenses for the operation of bingo games. The conduct of the Defendants in the operation of this for profit multi billion dollar operation is in direct contravention of this constitutional amendment and the will and intent of the people of Alabama and directly deprives the nonprofit organizations, in violation of said constitutional amendment, who hold the bingo licenses from substantial income which could benefit said nonprofit organizations.

31. As a direct and proximate consequence of the financial structure of MCGP and the operation of bingo games by MCGP and McGregor, through a multi billion dollar for profit enterprise, the actions in operating said bingo games are illegal and in violation of the Alabama Constitution.

32. The Defendants, MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally, during the six months and twelve months next preceding January 1, 2010, used electronic bingo machines which are, in fact, "slot machines" and which violate the criminal provisions of Alabama law, including but not limited to, §§ 13(a)-12-20(10) and 13(a)-12-27.

33. The devices used by the Defendants, MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally, to play electronic bingo, including the games played by the Plaintiffs alleged herein, are, in fact, illegal machines and devices which were not contemplated under Constitutional Amendment 744 which authorized the game commonly known as bingo in

20

Macon County, Alabama. Amendment 744 did not allow authorized use of electronic games and, in particular, slot machines, to play bingo in Macon County, Alabama. The games played in the six and twelve month periods next preceding January 1, 2010 do not constitute the game commonly known as bingo as defined under Alabama law.

34.     MCGP and McGregor have entered into agreements with the Defendants MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally for said gaming manufacturers to provide goods and services, including but not limited to electronic gaming machines, which MCGP used to begin offering and operating electronic games of chance which directly violate and continue to violate Alabama's anti-gambling laws and the Constitution of Alabama.

35.     Electronic bingo machines and slot machines now dominate the business operations of the MCGP facility known as Quincy's 777 and Victoryland and are, in fact, slot machines. A patron deposits money into a machine and presses a button which causes the "wheels" of the machine to appear to turn as a conventional slot machine. The patron might win if a certain combination of visual "reel" images is obtained; if not, the patron loses said wager. The patrons, including the Plaintiffs, do not actively participate in the conduct of the game by, for example, the patron does not engage in any human interaction to actively participate or play the game, such as daubing a bingo card, recognizing or realizing that certain numbers are being called and identified, the human interaction of identifying numbers to the grids available on a bingo card, physically calling out if the patron wins a bingo and physical verification of said wins by patrons or other human beings. Instead, the "bingo" card is a small component of the overall visual screen observed by the patron and the Plaintiffs and to the extent it is daubed at all or any action is necessary to participate in the game or declare a winner, it is done so entirely by the electronic device.

36. MCGP, in the operation of Victoryland and Quincy's 777, at all times relevant to this case, has marketed and promoted its operations as a Las Vegas style gambling experience, including using the word "casino" in most of its advertising of its facility. On its web site, MCGP extolls the gaming experience of participating in electronic bingo in comparative terms with slot machine games offered in destinations such as Las Vegas, Nevada.

37. The MCGP facility is equipped with automatic teller machines (ATM's), each of which was a computerized device used by patrons, including many of the Plaintiffs, to access cash from their bank or credit card accounts which said cash was and is then used to participate in electronic gaming operations. The ATM's operate by interstate wire transmissions, which link local ATM machines with other computer banking systems locating in other states.

38. The Plaintiffs are patrons of MCGP's Victoryland or Quincy's 777 casino and have engaged in playing electronic bingo devices and spent millions of dollars in wagers on machines which are prohibited under Alabama law and constitute illegal devices. Additionally, the Plaintiffs have used ATM machines on numerous occasions to access cash in order to continue playing illegal electronic devices and illegal bingo games offered at MCGP and conducted by MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally.

39. The electronic gaming operation described hereinabove constituted and continues to constitute an illegal gambling operation under Alabama constitutional, statutory and common law. Alabama law prohibits gambling unless a local constitutional amendment provides otherwise. The Defendants claimed that their operation was and is within the parameters of local amendment 744 to the Alabama Constitution. However, the gaming operations of the Defendants, MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally, at Victoryland and Quincy's

777 is not within the confines of Amendment 744 because the games being played are not the game commonly known as bingo, do not allow the playing of any bingo game through the use of a slot machine, do not allow the playing of a bingo game through an electronic device, do not allow the playing of charity bingo for substantial for profit purposes and constitute an illegal game of chance. Additionally, even if said games being played were "bingo" within Amendment 744 and if the amendment authorized the playing of these alleged bingo games on slot machines (which are illegal under Alabama law), the Defendants' operations at Victoryland and Quincy's 777 were not within Amendment 744 and continue to violate said amendment for several reasons, including

    a.    That the bingo games were not operated solely by a nonprofit organization or for charitable or nonprofit purposes,

    b.    Bingo games had not been conducted nor are they being conducted on premises which are owned or leased by said nonprofit corporations because MCGP, Victoryland and Quincy's 777 is a for profit entity,

    c.    The operators of said bingo games have entered into contracts with third parties, including the Defendants MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally, for providing goods and services, including electronic gaming machines, in exchange for payment of monies or the sharing of profits in violation of Constitutional Amendment 744, the Alabama Constitution, including Section 65, Alabama statutory law and Alabama common law,

    d.    The nonprofit organization was merely a front for an illegal gaming operation operated for profit in which all of the Defendants, separately and severally, participated and/or profited,

23

e.  The equipment which was used at the facility, which continues to be used, are slot machines which are in violation of Alabama law,

f.  The operation of electronic bingo games by the Defendants have been manipulated and the machines have been programmed or rigged in such a way as to substantially benefit and profit certain politicians, including the former Mayor of Birmingham, Larry Langford, a convicted felon.

40.  Inherent and imbedded in Constitutional Amendment 744 to the Alabama Constitution is a clear principle that any bingo game operated as a game of chance should remain a game of chance producing a winner based upon random generation of numbers matched to a prenumbered grid on a bingo card. Inherent in Constitutional Amendment 744 is a requirement of fairness and equal treatment to all bingo players through playing a game without preordained individual winners or favoritism.

41.  The bingo rules define a bingo session as a twenty-four hour period and that bingo could be played seven days a week. The Defendants, MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally, operate Victoryland and Quincy's 777 seven days a week with bingo sessions recognized as a twenty-four hour period beginning at 12:00 a.m. to 11:59 p.m. Larry P. Langford (hereinafter "Langford") is a Jefferson County resident and the former mayor of the City of Birmingham. Langford was recently convicted in the United States District Court for the Northern District of Alabama on numerous claims of accepting bribes and payments in his role and capacity as a politician while an elected official of the Jefferson County Commission. Langford is currently a convicted felon awaiting sentencing.

42.  Langford is a long-time friend and political ally of the Defendant McGregor, the

24

president and chief operating officer of MCGP and the Birmingham Race Course located in Jefferson County, Alabama. From 2006 to as late as August 28, 2009, Langford has been a frequent patron of MCGP's Victoryland and Quincy's 777 casino. During this same time frame, the Plaintiffs have visited and played electronic bingo at Victoryland and Quincy's 777 casino owned and/or operated by the Defendants.

43.    Specifically, in 2006, Langford was a bingo patron at Victoryland on numerous occasions wherein he won fifty-seven jackpots of sums ranging from $1,200 to as much as $14,400. These jackpots occurred between January 2, 2006 and November 24, 2006. On said occasions, Langford would win multiple jackpots on a single visit to Victoryland or Quincy's 777 casino and won in excess of $300,000 playing electronic bingo in 2006. In 2007, Langford was a patron at Victoryland and Quincy's 777 casino and played electronic bingo and won 189 jackpots while playing electronic bingo ranging in sums from $1,200 to more than $17,000 in a single jackpot. These jackpots occurred between June 1, 2007 and December 28, 2007. On said occasions during 2007, Langford would win multiple jackpots on a single night, oftentimes as many as many at ten jackpots on a single visit, to the Victoryland and/or Quincy's 777 casino. His total winnings at Victoryland and/or Quincy's 777 casino playing electronic bingo in 2007 was more than $500,000.

44.    In the calendar year 2008, Langford was a bingo patron at Victoryland and/or Quincy's 777 on numerous occasions. On twenty-two separate visits, Langford won 302 jackpots of amounts ranging from $1,004 to as much as $27,000 in a single jackpot. In 2008, Langford won multiple jackpots on twenty-two different dates when he visited Victoryland and/or Quincy's 777 casino in the calendar year 2008. His total winnings in the calendar year 2008 at Victoryland and/or Quincy's 777 were $729,350.61.

45.    In 2009, Langford has been a patron of Victoryland and/or Quincy's 777 casino and played bingo on electronic devices. During 2009, Langford was a bingo patron on several occasions in which he has won at least $100,000 or more during said calendar year. Langford would win multiple jackpots on single visits on each occasion that he visited Victoryland and/or Quincy's 777 in the calendar year 2009. His total winnings in the calendar year 2009 have exceeded $100,000.

46.    On each of the occasions referenced hereinabove in 2006, 2007, 2008 and 2009, Langford was escorted to particular machines owned and/or operated by the Defendants, MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally. Langford was escorted by employees of MCGP with the knowledge and participation of the Defendant McGregor to specific electronic bingo devices where Langford, upon playing said devices, won the aforementioned substantial sums as jackpots.

47.    The Defendants, MCGP and McGregor have arranged for and/or allowed Langford to win more than $1,600,000 on more than 500 substantial jackpots by manipulating and controlling electronic bingo games on occasions during the years 2006-2009. The Defendants engaged in this conduct in hopes of receiving political favor and to promote approval of business dealings between MCGP and McGregor, including the approval of electronic bingo at the Birmingham Race Course in Birmingham, Alabama where Langford, a convicted felon, formerly served as mayor and where McGregor owns a dog racing facility, which formerly illegally operated illegal slot machines in a "sweepstakes gaming operation" which was shut down by the Alabama Supreme Court.

48.    On numerous occasions, Langford has promoted and pushed from a political perspective the approval of electronic bingo in Birmingham, Alabama and specifically promoted McGregor's Birmingham Race Course as the preferred venue for any such games. Langford has also

historically promoted and pushed the Jefferson County Dome Project to be built adjacent to McGregor's Birmingham Race Course.

49.     In arranging jackpots for Langford, the Defendants, MCGP and McGregor have eliminated the principal requisite of bingo - - that it be a game of chance producing winners while holding bingo cards which preordained numbers matched against randomly drawn or generated numbers through a random number generator.

50.     MCGP advertises extensively that by playing bingo a patron could win "millions" of dollars, yet in its history of bingo operations, MCGP has produced only one single million dollar winner. MCGP, through McGregor, also heavily encourages patrons or persons to, "Come join us. You could be a winner too." MCGP and McGregor require any patron who wins a jackpot to consent to the use of their likeness and name in advertising and promotional activities of Victoryland and Quincy's 777 casino. MCGP, Victoryland and Quincy's 777 actively use the likenesses and images of former patrons on billboards, television advertising and internet advertising to promote and advertise the slogan often used by the Defendant McGregor, "Come join us. You could be a winner too."

51.     Notwithstanding MCGP, Victoryland and Quincy's 777's heavy use of former patrons for billboard, television and internet advertising, not one single image of Larry Langford has ever been depicted as a substantial winner of electronic bingo jackpots at Victoryland or Quincy's 777. Langford has won, in the aggregate, more than any single winner of electronic bingo advertised by the Defendants MCGP, McGregor, Victoryland or Quincy's 777 casino. The Defendants McGregor and MCGP have intentionally refused to use Langford's likeness in advertising so as to prevent discovery and disclosure of the substantial payoffs made to Langford from 2006 to 2009 in the form

27

of electronic bingo jackpots.

52.     The Plaintiffs, as patrons of electronic bingo during the time frames mentioned hereinabove, have believed, based upon MCGP's advertising, that they have an equal chance to win substantial jackpots to any person, including Larry Langford.

53.     Unknown to the Plaintiffs, the Defendants, MCGP and McGregor were arranging for Langford to win substantial jackpots aggregating more than $1,600,000 which the Plaintiffs, upon information and belief, contend were political bribes and payoffs to Langford.

54.     Bribing a public official in Alabama is a violation of Alabama criminal law. Ala. Code (1975) , § 13(A)-10-61 makes it a crime for a person or entity to pay anything of value to a public servant with the intent to corruptly influence the public servant's vote, opinion, judgment, exercise of discretion or other action in his official capacity and it is, likewise, illegal for the public servant to solicit, accept or agree to accept any pecuniary benefit upon an agreement or understanding that his vote, opinion, judgment or exercise of discretion or other action as a public servant will thereby be corruptly influenced. Said violation of Alabama law constitutes a Class C felony.

55.     The actions of the Defendants are illegal, fraudulent, deceptive and improper for the foregoing and hereinabove stated reasons.

56.     Each of the Plaintiffs brings their action pursuant to Count I within six months of having engaged in a wager in the playing of an improper and illegal bingo game at Victoryland and Quincy's 777 on devices owned and operated by the Defendants.

57.     Each of the Plaintiffs brings their claims under Count II of the Plaintiffs' Complaint within one year of the Plaintiffs' discovery that the Defendants are playing improper and illegal

28

bingo games at Victoryland or Quincy's 777 on machines owned and operated by the Defendants during the applicable time.

58. Each of the Plaintiffs brings their claims under Count III of this Complaint within three years of the acts alleged herein which constitute violations of the civil provision of RICO.

## COUNT I

### Recovery of Monies Pursuant to Ala. Code, § 8-1-150

59. The Plaintiffs hereby adopt and incorporate by reference the allegations of the preceding paragraphs of the Complaint.

60. The Plaintiffs entered into wagers with the Defendants, MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally, which were founded upon gambling consideration and contracts which were improper, illegal and unenforceable during the six months next preceding the filing of the Complaint.

61. Pursuant to Ala. Code, § 8-1-150(A), the Plaintiffs, separately and severally, seek the recovery of monies paid to the Defendants, MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova, Bally and Fictitious Parties 1-40, for wagers on improper and illegal bingo games conducted by the Defendants at Victoryland and Quincy's 777 casino during the past six months.

62. As a direct and proximate consequence of the Defendants' improper, illegal and inappropriate conduct in the operation of illegal bingo games, the Plaintiffs have been injured and damaged as described herein.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs demand judgment against the Defendants, named and fictitious, jointly and severally, for the recovery of the monies paid on all

29

electronic bingo games played by the Plaintiffs in the six months next preceding the filing of this Complaint plus interest and the costs of this matter.

## COUNT II

63.     The Plaintiffs hereby adopt and incorporate by reference the allegations of the preceding paragraphs of the Complaint.

64.     The Defendants, MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally, have engaged in fraudulent, unconscionable, false, misleading and deceptive practices in the conduct of illegal and improper bingo games operated at Victoryland or Quincy's 777 casino by the Defendants during the twelve months next preceding the filing of this Complaint.

65.     These unconscionable, fraudulent, false, misleading or deceptive acts and practices include the following:

    a.     The operation of bingo games in violation of the Alabama Constitution.

    b.     The operation of bingo games with devices not permitted under the Alabama Constitution, including Amendment 744.

    c.     The operation of bingo games with illegal devices, the possession of which constitutes the commission of a crime in the state of Alabama.

    d.     The operation of bingo games in Alabama under the representations and advertisements that the electronic devices were legal and complied with Alabama law.

    e.     The operation of rigged or manipulated electronic devices.

66.     As a direct and proximate consequence of the unconscionable, fraudulent, false, misleading and deceptive acts and practices of the Defendants, the Defendants have violated the Alabama Deceptive Trade Practices Act found in Ala. Code, § 8-19-1, *et seq.*

67.     As a proximate consequence of the wrongful conduct alleged herein, the Plaintiffs have been injured by the payment of illegal and improper wagers on illegal and improper bingo games and have incurred losses of millions of dollars.

68.     The Defendants have engaged in a pattern and practice of wrongful conduct aimed at using improper electronic devices to play bingo in direct violation of the Alabama Constitution. The Defendants' conduct was knowingly and intentionally done so as to profit the Defendants from the operation of improper and illegal bingo games.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs demand judgment against the Defendants, named and fictitious, jointly and severally, for compensatory damages, treble damages, attorney's fees, interest and the costs of this matter pursuant to Ala. Code, § 8-19-1, *et seq.*

## COUNT III

### Recovery Under Violations of the Racketeer Influenced and Corruption Organizations Act ("RICO"), 18 U.S.C. § 1961, *et seq.*

69.     The Plaintiffs hereby adopt and incorporate by reference the allegations of the preceding paragraphs of the Complaint.

### Allegations Common to RICO Sub-Counts

70.     Each of the Defendants are "persons" within the meaning of 18 U.S.C. § 1961(3) in that each did, in fact, or is capable of, holding an interest in property. Each of the Defendants, separately and severally, has engaged in "racketeering activity" within the meaning of 18 U.S.C.

31

§ 1961(1) by committing the following predicate acts:

    a.    The Defendants MCGP and McGregor committed multiple violations of Ala. Code § 13(A)-12-53, a criminal act which, under Alabama law, is punishable by more than one year in prison and that said Defendants, as owners, proprietors and keepers of the physical facility known as Victoryland and Quincy's 777 have kept and maintained electronic gaming machines and operations housed at said facility, which are allowed to exist at said facility and to be wired with electronic appliances and devices on multiple occasions, including but not limited to the gambling devices themselves, computers which interact and communicate with computer systems in other states and ATM machines, which were, in turn, used to communicate with occupants of the facility and to facilitate communication among occupants of the facility.

    b.    The Defendants, MCGP, McGregor, MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally, violated 18 U.S.C. § 1084(A) by being engaged in the business of wagering or betting, in that the Defendants are using the MCGP facility, which as alleged below is the RICO enterprise known commonly as Victoryland or Quincy's 777 casino, to conduct illegal gambling operations in violation of the amendment and by knowingly using one or more wire communication facilities for transmission in interstate commerce of information used in connection with the placing of bets or wagers, including but not limited to the interstate wires which were connected to computer systems which are used amongst the Defendants and to the ATM machines housed at the Victoryland and Quincy's 777 facility for the purpose of allowing patrons of the electronic gaming operation to access cash, which would, in turn, be

used in the playing of the Defendants' illegal gaming operations and, including but not limited to, the interstate wires which connect the computer servers running the illegal games at the Victoryland and Quincy's 777 facility to other computer servers outside Alabama.

c.      Defendants repeatedly violated 18 U.S.C. 1952, by using a facility of interstate commerce, in the form of multiple wire transmissions emitting from the ATM machines and/or the illegal gambling devices themselves, with the intent to promote and facilitate the committing of an illegal activity under a state or federal law, in the form of the illegal gambling operation hereinabove described and thereafter engaged in the promotion, establishment and maintenance of an illegal gambling operation on which a federal excise tax had not been paid.

d.      The Defendants MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally have repeatedly violated 18 U.S.C. § 1953 by knowingly carrying or transporting gaming devices in interstate commerce, specifically the illegal gaming machines themselves, which were brought to the Victoryland or Quincy's 777 casino from locations outside Alabama where such devices were to be used and were used in illegal gambling games in the state of Alabama within the meaning of § 1953(a)(3).

e.      All Defendants repeatedly violated 18 U.S.C. § 1955. The Victoryland and Quincy's 777 casino electronic gaming operation at issue was and is an illegal gambling business which has been and continues to be in continuous operation for the years 2006, 2007, 2008, 2009 and 2010 and has taken in billions of dollars. This operation was in violation of Alabama law where it was conducted; the operation involved

33

more than five persons who either owned, operated or financed all or part of the operation and the operation was in continuous existence for a period of more than thirty days;

f.     The Defendants also repeatedly violated 18 U.S.C. § 1957, in that each and every Defendant received payment of an amount in excess of $10,000, which proceeds were the direct result of the illegal gambling operation described herein and then engaged in monetary transactions with those amounts with knowledge of the illegality of the manner in which the proceeds were derived.

g.     The Defendants MCGP and McGregor have repeatedly violated Ala. Code (1975), § 13(A)-10-61, *et seq.* in altering, manipulating, arranging, controlling and/or rigging illegal electronic gambling devices so as to confer money upon Larry P. Langford, a public servant, with the intent that Langford's vote, opinion, judgment, exercise of discretion or action in his official capacity as a commissioner on the Jefferson County Commission or as mayor of Birmingham would be corruptly influenced with knowledge of the illegality of the manner in which these proceeds were paid to Langford as alleged "jackpots" while he participated and played electronic bingo at the Victoryland and Quincy's 777 casino. Upon information and belief, the payments conferred upon Langford by the Defendants MCGP and McGregor exceeded $1,600,000.

71.     The Defendants have engaged in a "pattern" of racketeering activity within the meaning of 18 U.S.C. § 1962(2). Each of the Defendants is currently and continuously engaged and engaging in the same "racketeering activity" as that described in the hereinabove paragraphs and thus

34

each of the Defendants are engaged in an open ended and continuous pattern of racketeering activity, including:

    a.    Defendants are continuing to commit violations of Ala. Code (1975), § 13(A)-12-53. The Defendants continue to engage in illegal gaming operations at Victoryland and/or Quincy's 777 casino. In these current operations, said Defendants, as owners, proprietors, keepers, lessees, lessors or owners of the physical equipment used at said facilities in which the electronic gaming operation is housed have caused or allowed their facilities to be wired with electronic appliances and devices on multiple occasions, including but not limited to the gaming devices themselves, the servers running said devices and the ATM machines which are, in turn, used to communicate with occupants of the facility and/or to facilitate communication among occupants of the facility with persons in other states. These take the form, for example, of computer servers which link the gambling devices together. The Defendants' illegal operation has not substantially changed and is currently being run in the same illegal manner as alleged hereinabove.

    b.    The Defendants are continuing to separately and severally violate 18 U.S.C. § 1084(A). The Defendants are participating in illegal games at Victoryland and Quincy's 777 casino in Macon County, Alabama. In each of these operations, the Defendants MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally have been and are currently violating 18 U.S.C. § 1084(A) in the following ways without limitation:

        i.    These Defendants receive a substantial percentage of the revenues from the operations of their machines and provide services in exchange for payment

35

at this facility and thus are violating the no third-party vendor provisions of the amendment.

ii.    These Defendants are actually operators of the machines they install by, among other means, controlling the computer servers on which their games are run, having shared responsibility for the maintenance and operation of the machines that they install and receiving a substantial amount of revenues in exchange for those services under participation agreements. These operations are in violation of Alabama Constitutional Amendment 744.

iii.   These Defendants supply gaming devices to the Victoryland and Quincy's 777 facility which are "slot machines" under Ala. Code (1975), §§ 13(A)-12-20(10) and 13(A)-12-27, which Constitutional Amendment 744 does not allow and which general Alabama statutory and common law prescribes.

c.    The Defendants MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally are currently violating 18 U.S.C. § 1953, in that they have transported and continue to transport gaming devices in interstate commerce, i.e., the machines which are and continue to be supplied to the Defendants' illegal gambling operations at Victoryland and Quincy's 777 casino, where such devices are used in the commission of illegal gambling operations. The governor of Alabama has expressly warned these Defendants about their violations of Alabama law for the transportation and import of illegal gambling devices through interstate commerce into the state of Alabama.

d.    Defendants continue to violate 18 U.S.C. § 1955, in that they are participants in

illegal gambling operations which has been in continuous existence for more than thirty days, where the operation is in violation of Alabama law and which involve more than five persons.

e.      All Defendants are continuing to violate 18 U.S.C. § 1957, in that each Defendant has derived monies in excess of $10,000 from the operation of illegal gambling enterprises which are currently in operation at Victoryland and Quincy's 777 casino in Macon County, Alabama and continue to do so.

72.     The facility known as Victoryland and Quincy's 777 casino was and is the business enterprise being conducted by the Defendants. Victoryland and Quincy's 777 conduct some legitimate business operations such as the conducting of paper bingo games which are otherwise in compliance with Amendment 744 to the Alabama Constitution. Additionally, Victoryland conducts otherwise legal business operations in the conduct of pari-mutuel dog racing. The Defendants operated the enterprise of Victoryland and Quincy's 777 casino through their various contractual agreements and other arrangements, the combination of which allows all of the essential services of Victoryland and Quincy's 777 casino to be provided. The Defendants MMG, IGT, Cadillac, Colossus, Rocket, Nova and Bally and other entities (unknown to the Plaintiffs at this time) supplied and continue to supply electronic gaming machines, computer software, computer servers, mainframe computers and other devices for MCGP to conduct the day-to-day operations of Victoryland and Quincy's 777 casino and paid these Defendants for their services as provided in agreements for revenue sharing. Defendants, therefore, associated with one another, in fact, through their agreements and arrangements to form Victoryland and Quincy's 777 casino and association, in fact, which constitutes the "enterprise" for purposes of 18 U.S.C. § 1951(4). The Defendants have

conducted the illegal aspects of the Victoryland and Quincy's 777 casino enterprise and continue to do so.

73.    Defendants, through their various contractual relationships and performance of contractual obligations, all contributed to the conduct of the enterprise known as Victoryland and Quincy's 777.

74.    Defendants contributed to the performance of Victoryland and/or Quincy's 777 through employing and engaging in a "pattern of racketeering activity," as alleged more fully in the hereinabove paragraphs. Each Defendant performed multiple predicate acts of "racketeering activity" which contributed to the conduct of the affairs of Victoryland and/or Quincy's 777 - - indeed, each of the acts were essential to the operation of the enterprise.

75.    Defendants' conduct of the affairs of Victoryland and/or Quincy's 777 through the "pattern of racketeering activity" directly caused injury to the Plaintiffs. Without Defendants' engaging in these acts of "racketeering activity," Defendants could not have operated the establishment and enterprise known and advertised as Victoryland and/or Quincy's 777, and without said operation, Plaintiffs would have never participated in the electronic games played at Victoryland and/or Quincy's 777, and, therefore, would never have lost money playing said games in the absence of Defendants' "racketeering activity." Indeed, without the Defendants' engaging in "racketeering activity" and violating Alabama law, the enterprise known as Victoryland and/or Quincy's 777 would never have been allowed to operate at all.

76.    Defendants agreed, expressly and/or impliedly, to form the Victoryland and/or Quincy's 777 enterprise and to conduct its affairs through a pattern of racketeering activity.

WHEREFORE, Plaintiffs, on behalf of themselves, request this Court award the following

38

relief:

    a.      Pursuant to 18 U.S.C. § 1964, an award for all damages suffered by the Plaintiffs with interest thereon;

    b.      Pursuant to 18 U.S.C. § 1964(C) an award of treble damages for all losses of money or property suffered by the Plaintiffs together with the costs of this suit and reasonable attorney's fees;

    c.      Pursuant to 18 U.S.C. § 1964(A), an order directing the Defendants be enjoined and restrained from engaging in the same type of endeavor as operating illegal electronic bingo devices without approval of this Court.

    d.      For such further and other relief as may be shown to the trier of fact or the Court.

s/Ted L. Mann
Ted L. Mann
Attorney for Plaintiffs
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Pkwy., Ste. 601
Birmingham, AL 35209
Phone: (205) 879-9661
Fax: (205) 879-9663
E-mail: ted@mcplaw.com
Attorney Code: MAN021

s/David M. Cowan
David M. Cowan
Attorney for Plaintiffs
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Pkwy., Ste. 601
Birmingham, AL 35209
Phone: (205) 879-9661
Fax: (205) 879-9663
E-mail: david@mcplaw.com
Attorney Code: COW002

s/Keith Thomas
Keith Thomas
Attorney for Plaintiffs
P. O. Box 830899
Tuskegee, AL 36083
Phone: (334) 724-0035
Fax: (334) 724-0036
E-mail: ktatty@bellsouth.net
Attorney Code: THO135

s/Brian P. Strength
Brian P. Strength
Attorney for Plaintiffs
P. O. Box 830810
Tuskegee, AL 36083
Phone: (334) 727-7762
Fax: (334) 460-2773
E-mail: brianstrength@charter.net
Attorney Code: STR052

## JURY DEMAND

Plaintiffs hereby demand a trial by struck jury.

s/Ted L. Mann
Ted L. Mann

**DEFENDANTS' ADDRESSES**
Macon County Greyhound Park, Inc.
   d/b/a Victoryland and Quincy's 777
c/o Milton E. McGregor
P.O. Box 128
Interstate 85, Exit 22
Shorter, AL 36057

Milton E. McGregor
1 Commerce St., 8th Floor
Montgomery, AL 36101-3521

Multimedia Games, Inc.
c/o Craig Nouis
Bldg. B, Ste. 400
206 Wild Basin Rd. S.
Austin, TX 78746

IGT
c/o National Registered Agents, Inc.
150 S. Perry St.
Montgomery, AL 36104

Cadillac Jack, Inc.
c/o The Corporation Company
Ste. 204
2000 Interstate Park Dr.
Montgomery, AL 36109

Colossus, Inc.
c/o The Corporation Company
120 N. Robinson, Ste. 735
Oklahoma City, OK 73102

Rocket Gaming Systems, LLC
c/o Crowe & Dunlevy
Attn: Jeffrey T. Hills
321 S. Boston, Ste. 500
Tulsa, OK 74103-3313

Nova Gaming, LLC
c/o The Corporation Company
Ste. 204
2000 Interstate Park Dr.
Montgomery, AL 36109

Bally Gaming, Inc.
c/o The Corporation Company
Ste. 204
2000 Interstate Park Dr.
Montgomery, AL 36109

**PLEASE SERVE THE SUMMONS AND COMPLAINT, TOGETHER WITH ALL DISCOVERY, ON THE DEFENDANTS VIA CERTIFIED MAIL.**