## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| ETHEL ADELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 3:10-cv-122-MEF |
| ) | |
| MACON COUNTY GREYHOUND ) | |
| PARK, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR ROCKET GAMING SYSTEMS, LLC

David R. Boyd, J. Eric Getty, and Conrad Anderson IV respectfully move for leave to withdraw as counsel for Defendant Rocket Gaming Systems, LLC ("Rocket"). Rocket will not be prejudiced by this withdrawal and will continue to be represented in this action by Maxwell H. Pulliam of Christian & Small LLP. A copy of this Motion is being served on Maxwell H. Pulliam, who will be filing a notice of appearance on behalf of Rocket.

Respectfully submitted this 29th day of March, 2010.

/s/ L. Conrad Anderson IV
One of the Attorneys for Defendant
Rocket Gaming Systems, LLC

1091081.1

**OF COUNSEL:**
David R. Boyd ASB-0717-D52D
(Email: dboyd@balch.com)
J. Eric Getty ASB-2925-H41G
(Email: egetty@balch.com)
Conrad Anderson IV ASB-9665-E60A
(Email: canderson@balch.com)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via CM/ECF and/or First Class U.S. Mail, properly addressed and postage prepaid, on this the 29th day of March, 2010:

Ted L. Mann
David Cowan
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Parkway Suite 601
Birmingham, Alabama 35209

Richard Keith Thomas
Post Office Box 830899
Tuskegee, Alabama 36083

Brian P. Strength
Post Office Box 830810
Tuskegee, Alabama 36083

John M. Bolton, III
Charlanna W. Spencer
Hill, Hill, Carter, Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116

Peter J. Tepley
Patricia C. Diak
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

Colossus, Inc.
c/o The Corporation Company
120 N. Robinson, Suite 735
Oklahoma City, Oklahoma 73102

**Via U.S. Mail to:**
Maxwell H. Pulliam
Christian & Small LLP
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203

*/s/ L. Conrad Anderson IV*
Of Counsel