**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| ETHEL ADELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:10-cv-122-MET-TFM |
| MACON COUNTY GREYHOUND PARK, ) | |
| INC. d/b/a "VICTORYLAND" and ) | |
| "QUINCY'S 777"; et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW the Plaintiff and voluntarily dismisses, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Defendant Colossus, Inc., and as grounds would state as follows:

1. Colossus, Inc. was identified by the Alabama Secretary of State's office as residing at the following address with the following registered agent for service of process: Colossus, Inc., c/o The Corporation Company, 120 N. Robinson, Ste. 735, Oklahoma City, OK 73102.

2. Plaintiffs' counsel has since been contacted by a representative of Colossus, Inc., who was served at the aforementioned address. Based upon our discussions with the agent for Colossus, Inc. residing in Oklahoma and who has a registered agent with the Secretary of State's office identified as The Corporation Company, the Plaintiffs are convinced that this Colossus, Inc. Defendant is the incorrect Defendant as identified in the Plaintiffs' Complaint.

3. The Plaintiffs would respectfully ask the Court to dismiss, without prejudice, Colossus, Inc. of 120 N. Robinson, Ste. 735, Oklahoma City, OK 73102 with The Corporation Company as the registered agent for service of process on the basis that they are not involved in the

manufacture, distribution, sale or lease of gambling devices of any sort.

4.	The Plaintiff would respectfully ask the Court enter an order the preserves any and all claims against all remaining Defendants as alleged, including the Colossus Defendant originally plead in the Plaintiffs' Complaint and allow the Plaintiffs sixty days to obtain service of process on the appropriate Colossus Defendant.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs respectfully request the Court enter an order dismissing Colossus, Inc., without prejudice.

>	s/Ted L. Mann
>	Ted L. Mann
>	Attorney for Plaintiffs
>	Mann, Cowan & Potter, P.C.
>	2000-B SouthBridge Pkwy., Ste. 601
>	Birmingham, AL 35209
>	Phone: (205) 879-9661
>	Fax: (205) 879-9663
>	E-mail: ted@mcplaw.com
>	Attorney Code: MAN021

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>	Keith Thomas, Esq.
>	P. O. Box 830899
>	Tuskegee, AL  36083

>	Brian P. Strength, Esq.
>	P. O. Box 830810
>	Tuskegee, AL  36083

Peter J. Tepley, Esq.
Patricia C. Diak, Esq.
Haskell, Slaughter, Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place N.
Birmingham, AL 35203

John M. Bolton, III, Esq.
Charlanna W. Spencer, Esq.
Hill, Hill, Carter
P.O. Box 116
Montgomery, AL  36101-0116

Mitchel H. Boles, Esq.
R. Marc Givhan, Esq.
William D. Jones, III, Esq.
Jeffrey E. Holmes, Esq.
Joseph W. Carlisle, Esq.
Daniel E. McBrayer, Esq.
Johnston, Barton, Proctor & Rose, LLP
Colonial Brookwood Center
569 Brookwood Village, Ste. 901
Birmingham, AL 35209

David R. Boyd, Esq.
J. Eric Getty, Esq.
L. Conrad Anderson, IV, Esq.
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201-0306

Tabor R. Novak, Jr., Esq.
Emily C. Marks, Esq.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

Maxwell H. Pulliam, Esq.
Oscar M. Price, IV, Esq.
Christian & Small, LLP
1800 Financial Center
505 N. 20th St.
Birmingham, AL 35203

>William G. Somerville, Esq.
>Andrew P. Walsh, Esq.
>Baker, Donelson, Bearman
>Wachovia Tower
>420 N. 20th St., Ste. 1600
>Birmingham, AL 35203-5202

I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

>Colossus, Inc.
>c/o The Corporation Company
>120 N. Robinson, Ste. 735
>Oklahoma City, OK 73102

>Respectfully submitted,
>
>s/Ted L. Mann
>Ted L. Mann
>Mann, Cowan & Potter, P.C.
>2000-B SouthBridge Pkwy., Ste. 601
>Birmingham, AL 35209
>Phone: (205) 879-9661
>Fax: (205) 879-9663
>E-mail: ted@mcplaw.com
>Attorney Code: MAN021

cc:   Ms. Lori Hall
      InterAct Public Safety Systems
      102 W. 3rd St., Ste. 750
      Winston-Salem, NC 27101