IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ETHEL ADELL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:10-CV-122-WKW |
| | ) |
| MACON COUNTY GREYHOUND | ) |
| PARK, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It is ORDERED that Plaintiffs' motion to dismiss Colossus, Inc., as a Defendant (Doc. # 55) is GRANTED.

DONE this 13th day of April, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE