IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ETHEL ADELL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:10-CV-122-WKW |
| | ) |
| MACON COUNTY GREYHOUND PARK, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that Defendant Rocket Gaming Systems, LLC's, motion to be dismissed as an improperly named party (Doc. # 69), and Plaintiffs' motion to dismiss Rocket Gaming Systems, LLC (Doc. # 79) are GRANTED. Plaintiffs have an additional 60 days from the date of this order, or until **August 6, 2010**, to obtain service of process against the correct defendant. It is further ORDERED that Rocket Gaming System, LLC's, motion to dismiss for failure to state a claim (Doc. # 70) is DENIED as moot.

DONE this 7th day of June, 2010.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE