IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ETHEL ADELL, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | )   CASE NO. 3:10-CV-122-WKW |
| | ) |
| MACON COUNTY GREYHOUND PARK, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiffs and Defendant Cadillac Jack's Joint Pro Tanto Stipulation of Dismissal (Doc. # 140), which is construed as a motion for a court order of dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,[1] it is ORDERED that the motion is GRANTED. It is further ORDERED that Plaintiffs' claims against Defendant Cadillac Jack, Inc., are DISMISSED with prejudice, with each party to bear its, his or her own costs and expenses.

---

[1] A request to dismiss an action requires a court order and dismissal by terms the court considers "proper" if Rule 41(a)(1) does not apply. Fed. R. Civ. P. 41(a)(2). Rule 41(a)(1)(A) allows for dismissal without a court order: (i) before an opposing party serves either an answer or a motion for summary judgment; or (ii) if the joint stipulation of dismissal is signed by all of the parties who have appeared. Not all of the parties who have appeared in this action have signed the stipulation of dismissal, and answers have been filed. Dismissal, thus, must be by motion. Fed. R. Civ. P. 41(a)(2). A plaintiff may dismiss all claims against a defendant under Rule 41 even if there are other defendants in the case. *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004) ("Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant . . . ."); *see also Plain Growers, Inc. ex rel. Florists' Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 254 (5th Cir. 1973) ("There is little merit in the argument that the court could not dismiss the action as to less than all defendants upon motion [under (a)(2)] . . . ."); *Bonner v. City of Prichard, Ala.*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).

DONE this 20th day of March, 2012.

                                          /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE