# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **ETHEL ADELL, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **3:10-cv-122-WKW-TFM** |
| ) | |
| **MACON COUNTY GREYHOUND** ) | |
| **PARK, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF SETTLEMENT AND UNOPPOSED MOTION OF MULTIMEDIA GAMES, INC. FOR EXTENSION OF TIME TO RESPOND TO STATE OF ALABAMA'S MOTION TO INTERVENE

COMES NOW Multimedia Games, Inc. ("Multimedia"), by and through its counsel of record, and hereby moves the Court for an order extending by fourteen (14) days, until June 1, 2012, the time to respond to the State's Motion to Intervene (Doc. 142). As grounds for this motion, Multimedia states the following:

1. On Wednesday, May 9, 2012, the State of Alabama and Alabama Attorney General filed a Motion to Intervene as of Right under 28 U.S.C. § 2403(b) and Rule 5.1, Fed. R. Civ. P. (Doc. 142) ("State's Motion").

2. On Thursday, May 10, 2012, the Court entered an order setting Friday, May 18, 2012, as the deadline for Plaintiffs and Defendants to file responses to the State's Motion. (Doc. 144.)

1207671.2

3. Multimedia and Plaintiffs have reached a preliminary settlement of the lawsuit that will resolve all claims against and associated with Multimedia and its gaming devices. Once the settlement is finalized, a stipulation of dismissal will be filed and the State's Motion will be moot as to Multimedia. The settlement should be finalized within fourteen (14) days.

4. Undersigned counsel has conferred with counsel for the Plaintiffs and can represent that the Plaintiffs do not oppose and have consented to this motion for extension of time.

5. This case currently is in the initial phase of discovery as outlined in the Report of Parties' Planning Conference (Doc. 117) and the Court's Scheduling Order dated June 23, 2011 (Doc.119). The issues upon which the State bases its Motion pertain, if at all, to only the merits of the case, which are not at issue in the initial phase of discovery. For this reason and because the State's Motion will be moot upon Multimedia's dismissal, the State will not be prejudiced by the extension requested herein.

WHEREFORE, the premises considered, Multimedia respectfully requests that the Court enter an order extending by fourteen (14) days, until June 1, 2012, the time for Multimedia to respond to the State's Motion (Doc. 142).

Respectfully submitted on May 17, 2012.

                                    *s/ J. Eric Getty*
                                    Attorney for Defendant Multimedia Games, Inc.

OF COUNSEL:
David R. Boyd ASB-0717-D52D
J. Eric Getty ASB-2925-H41G
Conrad Anderson IV ASB-9665-E60A
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel of record via CM/ECF on this the 17th day of May, 2012.

| | |
|---|---|
| Teddy Lee Mann<br>Mann Cowan & Potter PC<br>2000-B Southbridge Parkway<br>Suite 601<br>Birmingham, Alabama  35209<br><br>Brian Paul Strength<br>Attorney At law<br>PO Box 830810<br>Tuskegee, AL 36083<br><br>Richard Keith Thomas<br>R. Keith Thomas, LLC<br>P. O. Box 830899<br>Tuskegee, AL 36083<br><br>John C. Neiman, Jr.<br>Alabama Solicitor General<br>Andrew L. Brasher<br>Alabama Deputy Solicitor General<br>Henry T. Reagan II<br>Alabama Deputy Attorney General<br>Office of the Attorney General<br>501 Washington Avenue<br>Montgomery, Alabama 36130<br><br>Tabor R. Novak, Jr.<br>Emily C. Marks<br>Ball, Ball, Matthews & Novak, P.A.<br>P. O. Box 2148<br>Montgomery, Alabama  36102 | John M. Bolton III<br>Charlanna W. Spencer<br>Hill, Hill, Carter, Franco, Cole<br>& Black, P.C.<br>P. O. Box 116<br>Montgomery, Alabama  36101<br><br>Peter J. Tepley<br>Patricia C. Diak<br>William Mayfield Slaughter<br>Haskell Slaughter Young & Rediker, LLC<br>1400 Park Place Tower<br>2001 Park Place North<br>Birmingham, Alabama 35203<br><br>William G. Somerville III<br>Andrew P. Walsh<br>Baker Donelson Bearman Caldwell & Berkowitz<br>Wachovia Tower<br>420 North 20th Street, Suite 1600<br>Birmingham, Alabama 35203-5202 |

*s/ J. Eric Getty*
Of Counsel