IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:10-cv-122-WKW |
| | ) |
| MACON COUNTY GREYHOUND | ) |
| PARK, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

### JOINT STATUS REPORT

The Plaintiffs and the Defendants Multimedia Games, Inc., IGT, Bally Gaming, Inc., and Nova Gaming, LLC jointly report to this Court that they have finalized an agreement that will fully and finally resolve all of the claims of the Plaintiffs as to all Defendants in this action. The parties anticipate filing a Joint Stipulation of Dismissal with Prejudice as soon as they have had an opportunity to fulfill the terms of their settlement agreement.

Accordingly, in the interests of justice and judicial economy, the parties to this Report jointly move that all pending motions and deadlines in this action be stayed until such time as the terms and provisions of their settlement agreement are performed. They will then file a Joint Stipulation of Dismissal with Prejudice which will end this action in its entirety and conclude all claims of all Plaintiffs as to all Defendants.

Respectfully submitted this 31st day of May, 2012.

/s Ted L. Mann  
Ted L. Mann  
AL State Bar No.: ASB-2219-N36T  
Attorney for Plaintiffs  
Mann, Cowan & Potter, P.C.  
2000-B SouthBridge Pkwy., Ste. 601  
Birmingham, AL 35209  
Phone: (205)879-9661  
Fax: (205) 879-9663  
E-mail: ted@mcplaw.com  
Attorney Code: MAN021  

/s David M. Cowan  
David M. Cowan  
AL State Bar No.: ASB-4957-W85D  
Attorney for Plaintiffs  
Mann, Cowan & Potter, P.C.  
2000-B SouthBridge Pkwy., Ste 601  
Birmingham, AL 35209  
Phone: (205)879-9661  
Fax: (205) 879-9663  
E-mail: david@mcplaw.com  
Attorney Code: COW002  

s/ Keith Thomas  
Keith Thomas  
Attorney Code: ASB-4439-S76R  
Attorney for Plaintiffs  
P. O. Box 830899  
Tuskegee, AL 36083  
Phone: (334)724-0035  
Fax: (334) 724-0036  
e-mail: ktatty@bellsouth.net  
Attorney Code: THO135  

s/Brian P. Strength  
Brian P. Strength  
Attorney Code: ASB-9708-G66B  
Attorney for Plaintiffs  
P. o. Box 830810  
Tuskegee, AL 36083  
Phone: (334)727-7762  
Fax: (334) 460-2773  
E-mail: brianstrength@charter.net  
Attorney Code: STR052

BALL, BALL, MATTHEWS & NOVAK, P.A.

By:   /s/ Tabor R. Novak, Jr.
TABOR R. NOVAK, JR. – NOV001
EMILY C. MARKS
Attorneys for Defendant IGT

2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: 334/387-7680
Telecopier: 334/387-3222

/s/ William G. Somerville
William G. Somerville
Andrew P. Walsh
Attorneys for Defendants Bally Gaming, Inc.
and Nova Gaming, Inc.

BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
420 North 20th Street
Suite 1400, Wells Fargo Tower
Birmingham, Alabama 35203
(205) 328-0480

/s/ J. Eric Getty
DAVID R. BOYD
Attorneys for Defendant Multimedia Games, Inc.

OF COUNSEL:
David R. Boyd ASB-0717-D52D
Eric Getty  ASB-2925-H41G
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via electronic transmission, properly addressed, on this 31st day of May, 2012:

Peter J. Tepley, Esq.
Patricia C. Diak, Esq.
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

John M. Bolton, III, Esq.
Charlanna White Spencer, Esq.
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Post Office Box 116
Montgomery, Alabama 36104-0116


/s/ Tabor R. Novak, Jr.
OF COUNSEL