IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ADELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:10-cv-122-WKW |
| MACON COUNTY GREYHOUND | ) |
| PARK, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW all of the Plaintiffs, as if specifically identified herein by name, and the Defendants Multimedia Games, Inc., ("Multimedia") IGT, Bally Gaming, Inc. ("BGI"), and Nova Gaming, LLC ("Nova"), Macon County Greyhound Park, Inc. ("MCGP") and Milton McGregor ("McGregor") and hereby stipulate that the claims of all Plaintiffs against all remaining Defendants in this action including all claims contained in the original Complaint filed herein and in the Complaint as thereafter amended may be dismissed **with prejudice** with costs taxed as paid.

It is the intention of the parties that all of the Plaintiffs' claims in this action as set out in the complaint as amended including all claims against any party which are related to, or arise out of, in any way, play by the Plaintiffs of or on electronic bingo terminals manufactured, sold or leased by any Defendant, or otherwise bearing the logo of any Defendant, which were located at Macon County Greyhound Park, Inc. be dismissed as to all defendants with prejudice, with the parties to bear their own costs and expenses.

1

WHEREFORE, the Plaintiffs, and the Defendants collectively and jointly, request that this Court enter an order dismissing this cause with prejudice as set forth in this Joint Stipulation with costs taxed as paid.

Submitted this 29th day of June, 2012.

/s Ted L. Mann
Ted L. Mann
AL State Bar No.: ASB-2219-N36T
As one of the Attorneys for Plaintiffs
Mann & Potter, P.C.
600 University Park Place, Suite 250
Birmingham, AL 35209
Phone: (205)879-9661
Fax: (205) 879-9663
E-mail: ted@mcplaw.com
Attorney Code: MAN021


/s/John M. Bolton, III
John M. Bolton, III, Esq.
As one of the Attorneys for
Macon County Greyhound Park and
Milton McGregor
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
Post Office Box 116
Montgomery, Alabama 36101-0116
Telephone: (334) 834-7600
Telecopier: (334)263-5969


/s/ J. Eric Getty
J. ERIC GETTY
As One of the Attorneys for Defendant
Multimedia Games, Inc.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

/s/ William G. Somerville
William G. Somerville
As One of the Attorneys for Defendants Nova Gaming,
LLC and Bally Gaming, Inc.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
420 North 20th Street
Suite 1400, Wells Fargo Tower
Birmingham, Alabama 35203
(205) 328-0480


/s/ Tabor R. Novak, Jr.
TABOR R. NOVAK, JR. – NOV001
As One of the Attorneys for Defendant IGT
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: 334/387-7680
Telecopier: 334/387-3222