IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ETHEL ADELL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:10-CV-122-WKW |
| ) | |
| MACON COUNTY GREYHOUND ) | |
| PARK, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. # 156), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed by operation of Rule 41, on the terms agreed to and set out by the parties.  The Clerk of the Court is DIRECTED to close this case.

DONE this 5th day of July, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE